```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page     1
                           ( as of  01/14/2005 )

State of Delaware v.  GERRON M LINDSEY                       DOB: 02/07/1982
State's Atty: STUART E SKLUT , Esq.        AKA: RONNIE LINDSEY
Defense Atty: THOMAS P CONATY , Esq.            RONNIE LINDSEY


Assigned Judge: ALFORD HAILE L.

Charges:
Count      DUC#         Crim.Action#      Description       Dispo.     Dispo. Date
-----------------------------------------------------------------------------------
 001    0002019743      IN00030133        PFDCF             CONS       04/11/2000
 002    0002019743      IN00030134        ROBBERY 1ST       CONS       04/11/2000
 003    0002019743      IN00040260        PDWBPP            CONS       04/11/2000

        Event
No.     Date            Event                                       Judge
-----------------------------------------------------------------------------------
1       03/08/2000
          CASE ACCEPTED IN SUPERIOR COURT.
          ARREST DATE: 02/29/2000
          PRELIMINARY HEARING DATE:
          BAIL:
          HELD ON SECURED BAIL    60000.00 100
2       03/22/2000
          NOTICE OF SERVICE - DISCOVERY REQUEST FILED BY JOHN EDINGER, ESQ. AND
          HAND DELIVERED TO STUART SKLUT, ESQ.
3       03/28/2000
          TRANSCRIPT OF PRELIMINARY HEARING FROM MARCH 7, 2000.
4       04/10/2000
          INDICTMENT, TRUE BILL FILED.  #7
5       04/10/2000
          CASE CONSOLIDATED INTO:  0002019767
6       04/10/2000
          CASE CLOSED.

              *** END OF DOCKET LISTING AS OF  01/14/2005 ***
                        PRINTED BY: CSCKPRI
```

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
BY *[signature]* Prichard

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    1
                         ( as of   01/14/2005 )

State of Delaware v.  GERRON M LINDSEY                    DOB: 02/07/1982
State's Atty: STUART E SKLUT , Esq.      AKA: RONNIE LINDSEY
Defense Atty: SHERYL RUSH-MILSTEAD , Esq.      RONNIE LINDSEY


Assigned Judge: ALFORD HAILE L.

Charges:
Count      DUC#         Crim.Action#    Description        Dispo.   Dispo. Date
-------------------------------------------------------------------------------
 001     0002019767     IN00030122      MURDER,1ST         NOLP     08/28/2000
 002     0002019767     IN00030123      MURDER,1ST         NOLP     08/28/2000
 003     0002019767     IN00030124      ATT. MURDER,1ST    NOLP     08/28/2000
 004     0002019767     IN00030125      PFDCF              NOLP     08/28/2000
 005     0002019767     IN00030126      PFDCF              NOLP     08/28/2000
 006     0002019767     IN00030127      PFDCF              NOLP     08/28/2000
 007     0002019767     IN00030128      PFDCF              NOLP     08/28/2000
 008     0002019767     IN00030129      ROBBERY 1ST        NOLP     08/28/2000
 009     0002019767     IN00040261      PDWBPP             NOLP     08/28/2000
 010     0002019767     IN00082081R1    MURDER 1ST         PGMI     04/09/2002
 011     0002019767     IN00082083      PFDCF              NOLP     04/09/2002
 012     0002019767     IN00082082      MURDER 1ST         NOLP     04/09/2002
 013     0002019767     IN00082084      PFDCF              NOLP     04/09/2002
 014     0002019767     IN00082085      ATT. MURDER 1ST    NOLP     04/09/2002
 015     0002019767     IN00082086      PFDCF              NOLP     04/09/2002
 016     0002019767     IN00082087      ATT. ROBBERY 1S    NOLP     04/09/2002
 017     0002019767     IN00082088      PFDCF              NOLP     04/09/2002
 018     0002019767     IN00082089      PDWBPP             NOLP     04/09/2002
 019     0002019767     IN00041888      ROBBERY 1ST        NOLP     08/28/2000
 020     0002019767     IN00041889      PFDCF              NOLP     08/28/2000
 021     0002019767     IN00041890      PDWBPP             NOLP     08/28/2000
 022     0002019767     IN00082090      ROBBERY 1ST        NOLP     04/09/2002
 023     0002019767     IN00082092      PFDCF              NOLP     04/09/2002
 024     0002019767     IN00082091      PDWBPP             NOLP     04/09/2002

        Event
No.     Date         Event                                         Judge
-------------------------------------------------------------------------------
1    03/08/2000
        CASE ACCEPTED IN SUPERIOR COURT.
        ARREST DATE: 02/29/2000
        PRELIMINARY HEARING DATE:
        BAIL:
        HELD ON SECURED BAIL      200000.00 100
        HELD WITHOUT BAIL              0.00
2    03/22/2000
        NOTICE OF SERVICE - DISCOVERY REQUEST FILED BY JOHN EDINGER, ESQ. AND
        HAND DELIVERED TO STUART SKLUT, ESQ.
```

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
BY [signature]

```
                   SUPERIOR COURT CRIMINAL DOCKET              Page     2
                        ( as of   01/14/2005 )

State of Delaware v.  GERRON M LINDSEY                    DOB: 02/07/1982
State's Atty: STUART E SKLUT , Esq.        AKA: RONNIE LINDSEY
Defense Atty: SHERYL RUSH-MILSTEAD , Esq.        RONNIE LINDSEY

        Event
No.     Date         Event                                  Judge
------------------------------------------------------------------------
 3    04/10/2000
        INDICTMENT, TRUE BILL FILED.  #7
 4    04/10/2000
        CASE CONSOLIDATED WITH:  0002019743.
      05/02/2000                                     REYNOLDS MICHAEL P.
        BAIL MODIFIED.  BAIL NOW SET AT
        HELD ON SECURED BAIL                 270000.00 100
        HELD WITHOUT BAIL                         0.00
        NO CONTACT DIRECT OR INDIRECT WITH VICTIM.
 5    05/02/2000                                     REYNOLDS MICHAEL P.
        ARRAIGNMENT CALENDAR, ARRAIGNED.
 6    05/08/2000
        LETTER FROM PRESIDENT JUDGE RIDGELY TO JUDGE ALFORD
        RE: THIS FIRST DEGREE MURDER CASE IS SPECIALLY ASSIGNED TO YOU FOR
        ALL PURPOSES UNTIL FINAL DISPOSITION.
 7    05/08/2000                                        ALFORD HAILE L.
        MEMORANDUM IN SUPPORT OF DEFT'S REQUEST FOR HEARING REGARDING STATE'S
        FAILURE TO PRODUCE DEFT'S DYRS FILE.
        REFERRED TO ALFORD, J. 5/12/00.
 8    05/15/2000
        PROOF POSITIVE HEARING
        JUDGE ALFORD
        DAG - ROBERTS     DEF ATTY - EDINGER
        CC - LYDON     CR - O'HARE
        STATE WITNESS - DET. ANDREW BROCK, WPD
        DECISION - DEFENDANT TO BE HELD WITHOUT BAIL.
 9    05/16/2000                                        ALFORD HAILE L.
        LETTER/ORDER ISSUED BY JUDGE ALFORD    TO COUNSEL
        AN OFFICE CONFERENCE WAS HELD ON MONDAY, MAY 8, 2000 REGARDING THE
        ABOVE-REFERENCED FIRST DEGREE MURDER CASE. THIS LETTER CONFIRMS AND
        SETS FORTH MATTERS DISCUSSED.
        1.PROOF POSITIVE HEARING IS SCHEDULED ON MONDAY, MAY 15, 2000@2:30 PM.
        2.STATE TO PROVIDE DISCOVERY TO DEFENSE BY THURSDAY, JUNE 15, 2000.
        3.DEFENSE TO RESPOND TO THE STATE BY MONDAY, JULY 31, 2000.
        4.ALL MOTIONS TO BE FILED BY AUGUST 31, 2000.
        5. DEFENSE TO DECLARE PSYCHIATRIC DEFENSE DURING GUILT PHASE, IF ANY,
        BY SEPTEMBER 15, 2000.
        6.PROPOSED JURY INSTRUCTIONS ARE TO BE SUBMITTED BY TUESDAY, JANUARY
        2, 2001.
        7.WITNESS LISTS TO BE SUBMITTED BY TUESDAY, JANUARY 2, 2001. THE
        STATE'S LIST SHALL BE SEALED.
        8.JURY SELECTION WILL BEGIN ON WEDNESDAY, JANUARY 10, 2001, AND THE
```

```
                   SUPERIOR COURT CRIMINAL DOCKET                      Page    3
                          ( as of  01/14/2005 )

State of Delaware v.  GERRON M LINDSEY                         DOB: 02/07/1982
State's Atty: STUART E SKLUT , Esq.          AKA: RONNIE LINDSEY
Defense Atty: SHERYL RUSH-MILSTEAD , Esq.         RONNIE LINDSEY

        Event
No.     Date         Event                                     Judge
-----------------------------------------------------------------------------
        TRIAL IS EXPECTED TO BEGIN ON THURSDAY, JANUARY 18, 2001. THE TRIAL IS
        EXPECTED TO LAST FOR FOUR (4) WEEKS INCLUDING PENALTY PHASE.
        9.PENALTY PHASE BEGINS MONDAY, FEBRUARY 5, 2001.
        IT IS SO ORDERED.
10      05/16/2000
        MOTION FOR PROOF POSITIVE HEARING FILED.
        JOHN EDINGER, ESQ.
        REFERRED TO JUDGE ALFORD ON 5/16/00.
        08/28/2000
        REINDICTMENT - TRUE BILL FILED.
11      09/28/2000
        MOTION TO COMPEL FILED.
        DONALD ROBERTS, DAG.
        REFERRED TO JUDGE ALFORD.
15      10/16/2000
        OFFICE CONFERENCE PROCEEDING HELD.  STATUS CONFERENCE.  DEFENSE
        COUNSEL WANTS TO CONFLICT OUT OF THE CASE.  THE REQUEST IS GRANTED ON
        THE CONDITION THAT THE DEFENSE ATTORNEY WITHDRAWS FROM REPRESENTING
        BOTH DEFENDANTS, LINDSEY AND JOHNSON.
12      10/20/2000                                             ALFORD HAILE L.
        AND NOW, TO WIT, THIS 20TH DAY OF OCTOBER, 2000, IT IS ORDERED THAT
        CONFLICT COUNSEL BE APPOINTED TO REPRESNT GERRON LINDSEY.  IT IS
        ALSO ORDERED THAT DIFFERENT CONFLICT COUNSEL BE ORDERED THE REPRESNT
        CHARLES JOHNSON.
25      10/20/2000
        CONFLICT LETTER FILED BY JOHN S. EDINGER, JR., ESQ.
14      10/23/2000                                             BARRON NORMAN A.
        ORDER: ANTHONY A. FIGLIOLA,APPOINTED TO REPRESENT DEFENDANT.
17      11/20/2000                                             ALFORD HAILE L.
        LETTER FROM: ANTHONY FIGLIOLA,JR  TO:  JUDGE ALFORD
        RE:  REQUEST THAT THE CASE SCHED. FOR JAN. 10, 2001 BE RESCHEDULED.
        NOTE:  (CONTINUANCE GRANTED. CO-COUNSEL J. GABAY WILL BE APPOINTED
        W/A. FIGLIOLA.  IT IS SO ORDERED. - JDG. ALFORD 11/17/00)
        NOTE: (OFFICE CONFERENCE WILL BE SCHEDULED ASAP FOR NEW TRIAL DATE. IT
        IS SO ORDERED. - JDG. ALFORD 11/17/00)
16      11/30/2000
        PLEASE ACCEPT THIS LETTER AS A REQUEST TO WITHDRAW DEFENDANT'S REQUEST
        FOR HEARING REGARDING THE PRODUCTION OF DYRS RECORDS FOR GERRON
        LINDSEY.
18      12/07/2000
        OFFICE CONFERENCE PROCEEDING HELD.
        SCHEDULING CONFERENCE FOR CAPITAL MURDER TRIAL.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                 Page     4
                          ( as of  01/14/2005 )

State of Delaware v.  GERRON M LINDSEY                    DOB: 02/07/1982
State's Atty: STUART E SKLUT , Esq.          AKA: RONNIE LINDSEY
Defense Atty: SHERYL RUSH-MILSTEAD , Esq.         RONNIE LINDSEY

         Event
No.      Date        Event                                    Judge
---------------------------------------------------------------------------
         JURY SELECTION WILL BEGIN ON 11/7/01.  MOTION DEADLINES TO BE SET
         LATER.
20    01/17/2001                                      ALFORD HAILE L.
         ORDER: ANTHONY FIGLIOLA,   APPOINTED TO REPRESENT DEFENDANT.
21    01/18/2001                                      ALFORD HAILE L.
         LETTER AND ORDER FROM: JUDGE ALFORD   TO: SKLUT, ROBERTS, FIGLIOLO,
         AND GABAY.
         RE: AN OFFICE CONFERENCE WAS HELD ON FRIDAY, DECEMBER 7, 2000
         REGARDING THE ABOVE-REFERENCED FIRST DEGREE MURDER CASE.  THIS LETTER
         CONFIRMS AND SETS FORTH MATTERS DISCUSSED.
           1.  JURY SELECTION WILL BEGIN ON WEDNESDAY, NOVEMBER 7, 2001, AND THE
               TRIAL IS EXPECTED TO BEGIN ON THURSDAY, NOVEMBER 15, 2001.  THE
               TRIAL IS EXPECTED TO LAST  FOR 4 WEEKS INCLUDING PENALTY PHASE.
           2.  PENALTY PHASE BEGINS MONDAY, DECEMBER 10, 2001.
         ALL OUTSTANDING ISSUES, DEADLINES, ETC. WILL BE ADDRESSED AT AN OFFICE
         CONFERENCE SCHEDULED ON FRIDAY, MARCH 2, 2001 AT 2PM.
         IT IS SO ORDERED. HLA.
22    01/25/2001
         ACKNOWLEDGEMENT SIGNED BY COUNSEL:  IT IS MY UNDERSTANDING THAT I AM
         TO REPRESENT DEFENDANT.
         ATTORNEY: ANTHONY A. FIGLIOLA, ESQ.
23    03/02/2001                                      ALFORD HAILE L.
         OFFICE CONFERENCE PROCEEDING HELD BY JUDGE ALFORD
         RE:  OUTSTANDING ISSUES - SCHEDULE NEXT STATUS CONFERENCE FOR WEEK OF
         JUNE 18TH.
         DAG - SKLUT/ROBERTS
         DEF ATTY - FIGLIOLA/GABAY
         C/C - WISE
         C/R - FELDMAN
24    08/20/2001                                      ALFORD HAILE L.
         LETTER FROM JUDGE ALFORD TO JUSTICE MYRON STEELE.
         RE: CAPITAL MURDER TRIAL, DEFENDANT IS CURRENTLY SCHEDULED FOR 11/07/0
           1.  ENCLOSED IS AN ORDER SUBMITTED FOR APPROVAL TO PAY FOR THE
         SECURITY SERVICES INT'L WHO IS TO PROVIDE INVESTIGATIVE SERVICES FOR
         THE DEFENSE OF THE DEFENDANT.
70    10/07/2001
         TRANSCRIPT FILED.
         OFFICE CONFERENCE TRANSCRIPT OCTOBER 29, 2001
         BEFORE JUDGE ALFORD.
26    10/24/2001
         CONFLICT E-MAIL FILED BY KARIN M. DUVALL ( JOE GABAY, ESQ.)
27    10/29/2001                                      ALFORD HAILE L.
```

```
                         SUPERIOR COURT CRIMINAL DOCKET                       Page    5
                              ( as of  01/14/2005 )

State of Delaware v.   GERRON M LINDSEY                              DOB: 02/07/1982
State's Atty: STUART E SKLUT , Esq.         AKA: RONNIE LINDSEY
Defense Atty: SHERYL RUSH-MILSTEAD , Esq.         RONNIE LINDSEY

        Event
No.     Date           Event                                    Judge
-----------------------------------------------------------------------------------
        OFFICE CONFERENCE PROCEEDING HELD.
        TRIAL TO BE RESCHEDULED -DEFENSE ATTORNEY ILL-NEW TRIAL JURY SELECTION
        04/23/02-TRIAL TO BEGIN 04/30/01-CHERYL RUSH MILSTEAD APPOINTED AS
        CO COUNSEL-DM
28      11/01/2001                                              ALFORD HAILE L.
        LETTER FROM JUDGE ALFORD  TO: STUART SKLUT, DONALD ROBERTS, ANTHONY
        FIGLIOLA, SHERY RUSH-MILSTEAD RE:  OFFICE CONFERENCE OUTCOME;
        PROPOSED VOIR DIRE TO BE FILED BY MARCH 8, 2002; JURY SELECTION WILL
        BEGIN ON APRIL 2, 2002, AND THE TRIAL IS EXPECTED TO BEGIN ON
        APRIL 10, 2002, AND TO LAST FOR FOUR WEEKS INCLUDING PENALTY PHASE;
        PENALTY PHASE BEGINS APRIL 29, 2002.
30      11/01/2001                                              ALFORD HAILE L.
        MOTION FOR CONTINUANCE OF CAPITAL MURDER TRIAL. FILED.10/19/01
        GRANTED BY JUDGE ALFORD.
29      11/05/2001                                              GEBELEIN RICHARD S.
        ORDER: SHERYL RUSH-MILSTEAD APPOINTED TO REPRESENT DEFENDANT.
33      11/27/2001                                              ALFORD HAILE L.
        NOTICE OF REQUEST FOR TRANSCRIPTS OF OFFICE CONFERENCE JEANNE CAHILL.
34      11/27/2001                                              ALFORD HAILE L.
        NOTICE OF REQUEST FOR OFFICE CONFERENCE TRANSCRIPTS DATED 10/16/01.
31      12/07/2001
        TRANSCRIPT FILED.
        OFFICE CONFERENCE. MAY 8, 2000.
        BEFORE JUDGE ALFORD.
32      12/07/2001
        TRANSCRIPT FILED.
        OFFICE CONFERENCE. MARCH 2, 2001.
        BEFORE JUDGE ALFORD.
35      01/04/2002
        TRANSCRIPT FILED.
        STATUS CONFERENCE AND MOTION, OCTOBER 16, 2000.
        BEFORE JUDGE ALFORD.
36      01/10/2002                                              ALFORD HAILE L.
        LETTER FROM JUDGE ALFORD TO STUART SKLUT, ESQ, DEPUTY ATTORNEY
        GENERAL; DONALD ROBERTS, ESQ, DEPUTY ATTORNEY GENERAL; ANTHONY
        FIGLIOLA, JR., ESQ; AND SHERYL RUSH-MILSTEAD, ESQ.
        RE: AN OFFICE CONFERENCE WAS HELD ON MONDAY, OCTOBER 29, 2001
        REGARDING THE ABOVE REFERENCED FIRST DEGREE MURDER CASE. THIS LETTER
        CONFIRMS AND SETS FORTH MATTERS DISCUSSED: 1) PROPOSED VOIRE DIRE TO
        BE FILED BY FRIDAY, MARCH 8, 2002   2) JURY SELECTION WILL BEGIN ON
        TUESDAY APRIL 2, 2002, AND TRIAL IS EXPECTED TO BEGIN ON WEDNESDAY
        APRIL 10, 2002. THE TRIAL IS EXPECTED TO LAST FOR FOUR (4) WEEKS
```

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    6
                         ( as of  01/14/2005 )

State of Delaware v.  GERRON M LINDSEY                    DOB: 02/07/1982
State's Atty: STUART E SKLUT , Esq.        AKA: RONNIE LINDSEY
Defense Atty: SHERYL RUSH-MILSTEAD , Esq.       RONNIE LINDSEY

        Event
No.     Date         Event                                Judge
-------------------------------------------------------------------------
        INCLUDING PENALTY PHASE. 3) PENALTY PHASE BEGINS MONDAY, APRIL 29,2002
        IT IS SO ORDERED.
43      02/20/2002
        DEFENDANT'S LETTER FILED TO: JUDGE HAILE ALFORD
        RE: DEFENDNAT WANTS SOMEBODY TO TELL HIM WANTS GOING ON IN HIS CASE
        AND WHAT TO DO ABOUT GETTING A BAIL BECAUSE HE IS HEARING THAT HIS
        TRIAL COULD BE PUSHED BACK EVEN MORE.
37      02/25/2002                                        ALFORD HAILE L.
        COPY OF EMAIL TO JUDGE ALFORD
        RE: POSSIBLE SCHEDULING DELAY.
39      03/01/2002
        MOTION TO AUTHORIZE EXPENSES FILED.
        BY SHERYL RUSH-MILSTEAD
        REFERRED TO JUDGE ALFORD 3/7/02
38      03/07/2002                                        ALFORD HAILE L.
        OFFICE CONFERENCE PROCEEDING HELD ON 3/1/02. DR TURNER TO EVALUATED
        DEFT AS SOON AS POSSIBLE. ORDER TO BE PROVIDED TO THE COURT-IF NEEDED.
        SINCE TRIAL DATE IS SO NEAR, STATE WILL BE REQUESTING COPIES OF DR.
        TURNER'S NOTES.
40      03/21/2002                                        ALFORD HAILE L.
        ORDER: UPON APPLICATION BY COUNSEL FOR THE DEFENDANT RECEIVED BY THE
        COURT ON MARCH 7, 2002 FROM ANTHONY FIGLIOLA, ESQ AND SHERYL RUSH-
        MILSTEAD, ESQ REQUESTING AUTHORIZATION AND APPROVAL FOR AN EXPENDITURE
        OF $2500.00 FOR A PSYCHOLOGICAL EVALUATION, REPORT AND TESTIMONY BY
        AALVIN TURNER, PH.D.
41      03/21/2002                                        ALFORD HAILE L.
        LETTER FROM   JUDGE ALFORD     TO JUSTICE MYRON STEEL.
        RE: THE DEFENDANT IN THE ABOVE REFERENCED MATTER IS CHARGED WITH
        CAPITAL MURDER. ENCLOSED IS AN ORDER SUBMOTTED FOR APPROVAL. THE
        DEFENDANT'S MOTION IS ATTACHED. SHOULD YOU HAVE ANY QUESTIONS, PLEASE
        CALL. IF NOT, PLEASE HAVE YOUR SECRETARY FORWARD A SIGNED COPY TO MY
        OFFICE.
42      03/21/2002                                        ALFORD HAILE L.
        ORDER: NOW THIS 21ST DAY OF MARCH, 2002, IT APPEARS TO THE COURT AS
        FOLLOWS: IT IS HEREBY ORDERED THAT THE DEFENDANT BE TRANSPORTED BY THE
        DEPT. OF CORRECTIONS IMMMEDIATELY TO THE DEL. PSYCHIATRIC CENTER FOR
        THE PURPOSE OF CONDUCTION A PSYCHIARIC EVALUATION AND ANY POTENTIAL
        PSYCHOLOGICAL TESTING OF DEFENDANT AT THE MITCHELL BLDG, DELAWARE
        PSYCHIATRIC CTR. THE REPORT WILL BE SUBMITTED TO THE COURT ON OR
        BEFORE APRIL 12, 2002 UPON COMPLETION OF THE EVALUATION. THE DEFENDANT
        IS TO TRANSPORTED BACK TO THE DELAWARE CORRECTIONAL CENTER FROM THE
        DELAWARE PSYCHIATRIC CENTER BY THE DEPT. OF CORRECTION.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                  Page      7
                         ( as of   01/14/2005 )

State of Delaware v.   GERRON M LINDSEY                        DOB: 02/07/1982
State's Atty: STUART E SKLUT , Esq.         AKA: RONNIE LINDSEY
Defense Atty: SHERYL RUSH-MILSTEAD , Esq.        RONNIE LINDSEY


         Event
No.      Date           Event                                  Judge
-------------------------------------------------------------------------------
 44    03/22/2002
         MOTION TO COMPEL FILED.
         BY DONALD R. ROBERTS
         REFERRED TO JUDGE ALFORD (SPECIALLY ASSIGNED JUDGE)
 45    03/27/2002
         MOTION TO AMEND INDICTMENT FILED.
         FILED BY DONALD R. ROBERTS
         REFERRED TO JUDGE ALFORD (SPECIALLY ASSIGNED)
 47    03/27/2002
         LETTER FROM: DONALD ROBERTS, DAG              TO: JUDGE ALFORD
         RE: ENCLOSED PLEASE FIND A COURTESY COPY OF THE STATE'S MOTION TO
         AMEND THE INDICTMENT THAT WAS FILED WITH THE PROTHONOTARY THIS
         MORNING.
 46    04/01/2002
         STATE'S WITNESS SUBPOENA ISSUED.
 48    04/09/2002                                       ALFORD HAILE L.
         HEARING
         DEFENDANT P/G TO MURDER 1ST DEGREE (2081), BUT MENTALLY ILL TO.
         NOLP REMAINING.
         PSI ORDERED.
         NO SENTENCE DATE GIVEN.
         BAIL WAS NOT CHANGED.
         AG/SKLUT & ROBERTS - PD/FIGLIALA & RUSH-MILSTEAD - CR/COALE & TELL -
         CC/CARUSO.
 49    04/17/2002
         DEFENDANT'S LETTER FILED TO: JUDGE ALFORD
         RE: DEFENDANT'S IS ASKING TO WITHDRAW GUILTY PLEA BECAUSE HE WAS ON
         MEDICATION AT THE TIME OF THE PLEA. ATTACHED IS HIS PLEA AGREEMENT
         AND HIS TRUTH-IN-SENTENCING FORM. *(SEE FULL LETTER IN FILE)
 50    04/29/2002
         PSYCHOLOGICAL/PSYCHIATRIC REPORT FILED.
         SUBMITTED BY:  DR. SYLVIA FOSTER MD AND CRISTA MCDANIEL PSY.D
         REFERRED TO:_ JUDGE SILVERMAN
 51    05/06/2002                                      VAVALA MARK STEPHEN
         LETTER FROM COMMISSIONER VAVALA TO COUNSEL
         RE:_GIVEN 10 DAYS TO SCHEDULE A COMPETENCY AND INFORMING THEM OF
         THE SENTENCING DATE OF 6-21-2002 AT 1:15 WITH JUDGE SILVERMAN.
 52    05/06/2002                                       ALFORD HAILE L.
         MOTION TO WITHDRAW AS COUNSEL FILED.
         BY ANTHONY FIGLIOLA AND SHERYL RUSH-MILSTEAD
         REFERRED TO JUDGE ALFORD 5/7/02
 53    05/06/2002                                       ALFORD HAILE L.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                  Page    8
                         ( as of  01/14/2005 )

State of Delaware v.  GERRON M LINDSEY                       DOB: 02/07/1982
State's Atty: STUART E SKLUT , Esq.           AKA: RONNIE LINDSEY
Defense Atty: SHERYL RUSH-MILSTEAD , Esq.          RONNIE LINDSEY

        Event
No.     Date          Event                                    Judge
------------------------------------------------------------------------------
        MOTION FOR WITHDRAW OF GUILTY PLEA FILED.
        BY ANTHONY FIGLIOLA AND SHERYL RUSH-MILSTEAD
        REFERRED TO JUDGE ALFORD 5/7/02
 54     05/14/2002
        TRANSCRIPT FILED.
        PLEA COLLOQUY TRANSCRIPT. APRIL 9, 2002.
        BEFORE JUDGE ALFORD.
 55     05/22/2002                                      ALFORD HAILE L.
        ORDER: DEFENDANT'S MOTION TO WITHDRAW HIS GUILTY PLEA IS DENIED.
        IT IS SO ORDERED.
 56     05/22/2002                                      ALFORD HAILE L.
        ORDER: DEFENDANT'S COUNSELS' MOTION TO WITHDRAW AS COUNSEL IS DENIED.
        IT IS SO ORDERED.
 57     06/27/2002                                      ALFORD HAILE L.
        HEARING: EVIDENTIARY HEARING HELD.
        THE COURT FINDS THAT THE DEFENDANT WAS MENTALLY ILL DURING THE OFFENSE
        GUILTY BUT MENTALLY ILL PLEA IS APPROVED.  THE DEFENDANT WAS
        SENTENCED.
 76     06/27/2002                                      ALFORD HAILE L.
        SENTENCE:ASOP ORDER SIGNED AND FILED.
 58     06/28/2002
        DEFENDANT'S LETTER FILED.
 59     06/28/2002
        DEFENDANT'S LETTER FILED.
 60     06/28/2002
        DEFENDANT'S LETTER FILED.
 62     07/11/2002
        DEFENDANT'S LETTER FILED TO: JUDGE ALFORD
        RE: DEFENDANT IS TELLING JUDGE ABOUT HIS CHILDHOOD AND THAT HE HOPES
        HIS BROTHER CAN BAIL HIM OUT. (SEE FULL LETTER IN FILE)
 61     07/18/2002
        LETTER FROM JUDGE ALFORD   TO JUSTICE STEELE
        RE:STATE V. GERRON LINDSEY
        DEFENDANT IN THE ABOVE REFERENCED MATTER HAS BEEN SENTENCED. ENCLOSED
        IS ORDER SUBMITTED FOR PAYMENT ON BEHALF OF THE DEFENDANT, AND
        SERVICES RENDERED BY COURT-APPOINTED ATTORNEY, SHERYL RUSH-MILSTEAD,
        ESQ. WITH RESPECT TO THE ABOVE-REFERENCED DEFENDANT'S CASE. HLA
        SEE COPY OF ORDER IN FILE. KB
 63     08/01/2002
        DEFENDANT'S LETTER FILED. DEFENDANT NOT SATISFIED WITH COUNSEL.
        DEFENDANT SENTENCED ON 6/27/02
 64     08/01/2002
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                  Page      9
                         ( as of   01/14/2005 )

State of Delaware v.  GERRON M LINDSEY                      DOB: 02/07/1982
State's Atty: STUART E SKLUT , Esq.           AKA: RONNIE LINDSEY
Defense Atty: SHERYL RUSH-MILSTEAD , Esq.          RONNIE LINDSEY


        Event
No.     Date          Event                                  Judge
-------------------------------------------------------------------------------
        MOTION FOR POSTCONVICTION RELIEF FILED. PRO SE.
        REFERRED TO JUDGE ALFORD 8/26/02.
        ATTACHED MEMORANDUM OF LAW IN SUPPORT OF RULE 61 MOTION.
66      08/20/2002
        MOTION FOR TRANSCRIPT FILED.
        FORWARDED TO SENTENCING JUDGE.
65      08/26/2002
        LETTER FROM KATHY BATES, PROTHONOTARY OFFICE TO STUART E. SKLUT, DAG
        RE: NOTIFICATION OF FILING OF PRO SE MOTION FOR POSTCONVICTION RELIEF.
        ATTACHED: COPY OF MOTION AND MOMORANDUM OF LAW IN SUPPORT OF RULE 61
        MOTION.
67      08/28/2002                                       ALFORD HAILE L.
        ORDER: DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF: DENIED
68      09/26/2002                                       ALFORD HAILE L.
        MOTION FOR WITHDRAW OF GUILTY PLEA FILED.
        (PRO-SE) REFERRED TO JUDGE ALFORD.
        MOTION IS MOOT.  DEFENDANTS MOTION WAS PREVIOUSLY DENIED 5/22/02.
69      09/26/2002
        LETTER FROM SUPREME COURT TO SHARON AGNEW, PROTHONOTARY
        RE: A NOTICE OF APPEAL WAS FILED ON SEPTEMBER 19, 2002.
        THE RECORD IS DUE NO LATER THAN OCTOBER 17, 2002.
        531, 2002.
        10/09/2002
        RECORDS SENT TO SUPREME COURT.
71      10/16/2002
        RECEIPT FROM SUPREME COURT ACKNOWLEDGING RECORD.
72      01/08/2003                                       ALFORD HAILE L.
        MOTION FOR TRANSCRIPT FILED.  PRO-SE REFERRED TO JUDGE ALFORD FOR
        REVIEW.
73      01/21/2003                                       ALFORD HAILE L.
        REFERRAL MEMORANDUM.  TO: ANTHONY FIGLIOLO     FROM: JUDGE ALFORD
75      01/30/2003
        MANDATE FILED FROM SUPREME COURT:  SUPERIOR COURT JUDGMENT AFFIRMED.
        SUPREME COURT CASE NO: 531, 2002
        SUBMITTED: NOVEMBER 21, 2002
        DECIDED: JANUARY 7, 2003
        BEFORE VEASEY, CHIEF JUSTICE, BERGER AND STEELE, JUSTICES.
78      04/22/2003                                       ALFORD HAILE L.
        ORDER: MOTION FOR TRANSCRIPTS: DENIED. DEFENDANT'S MOTION FOR POST-
        CONVICTION RELIEF WAS DENIED ON 8/28/02.
        IT IS SO ORDERED.
77      04/23/2003                                       ALFORD HAILE L.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    10
                          ( as of  01/14/2005 )

State of Delaware v.  GERRON M LINDSEY                    DOB: 02/07/1982
State's Atty: STUART E SKLUT , Esq.        AKA: RONNIE LINDSEY
Defense Atty: SHERYL RUSH-MILSTEAD , Esq.       RONNIE LINDSEY

        Event
No.     Date            Event                                    Judge
----------------------------------------------------------------------------
        CORRECTED ORDER UPON DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF:
        DENIED
        IT IS SO ORDERED.
79   05/14/2003
        MOTION TO COMPEL FILED PRO SE.  REFERRED TO JUDGE ALFORD.
80   07/18/2003                                          ALFORD HAILE L.
        ORDER: DEFENDANTS MOTION FOR TRANSCRIPTS IS DENIED
81   08/04/2003                                          ALFORD HAILE L.
        NOTICE OF NON-COMPLIANCE TO RULE 61 (MOTION FOR POSTCONVICTION RELIEF)
        SENT TO DEFENDANT.
        MOTION MUST CONTAIN ORIGINAL SIGNATURE (MOVANT)
82   10/08/2003
        ORDER AUTHORIZING PAYMENT SIGNED BY JUDGE TOLIVER
        SUM OF $9582.00 TO BE PAID TO ANTHONY FIGLIOLA
83   10/08/2003
        ORDER AUTHORIZING PAYMENT SIGNED BY JUDGE TOLIVER
        UP TO $2500 BE PAID TO ALVIN TURNER
84   12/09/2003
        MOTION FOR POSTCONVICTION RELIEF FILED. PRO SE
        REFERRED TO JUDGE JOHNSTON FOR JUDGE ALFORD.
85   12/16/2003
        LETTER FROM ANGELA HAIRSTON, PROTHONOTARY OFC. TO STUART SKLUT, DAG
        RE: NOTICE OF FILING OF PRO SE MOTION FOR POSTCONVICTION RELIEF.
        ATTACHED: COPY OF MOTION
86   02/06/2004                                         JOHNSTON MARY MILLER
        ORDER: UPON DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF: DENIED.
88   02/24/2004
        LETTER FROM SUPREME COURT TO DEFENDANT
        RE: TRANSCRIPT DESTINATION
87   03/03/2004
        MOTION FOR TRANSCRIPT FILED PRO SE.  REFERRED TO JUDGE JOHNSTON.
89   04/05/2004                                         JOHNSTON MARY MILLER
        LETTER FROM: JUDGE JOHNSTON                         TO: MR. LINDSEY
        RE: THE COURT IS UNABLE TO CONSIDER YOUR REQUEST IN THE ABOVE
        REFERENCED MATTER.  YOUR REQUEST MUST BE ACCOMPANIED BY A MOTION TO
        PROCEED IN FORMA PAUPERIS AND BY AN AFFIDAVIT IN SUPPORT THEREOF.  A
        FORM OF AFFIDAVIT IS ENCLOSED FOR YOUR REFERENCE.
90   04/15/2004
        LETTER FROM SUPREME COURT TO SHARON AGNEW, PROTHONOTARY
        RE: AN APPEAL HAS BEEN FILED IN THIS CASE.
        THE RECORD IS DUE MAY 6, 2004.
        65, 2004
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    11
                         ( as of  01/14/2005 )

State of Delaware v.   GERRON M LINDSEY                     DOB: 02/07/1982
State's Atty: STUART E SKLUT , Esq.         AKA: RONNIE LINDSEY
Defense Atty: SHERYL RUSH-MILSTEAD , Esq.        RONNIE LINDSEY

         Event
No.      Date           Event                                    Judge
-----------------------------------------------------------------------------
         05/07/2004
           RECORDS SENT TO SUPREME COURT.
91       05/11/2004
           RECEIPT FROM SUPREME ACKNOWLEDGING RECORD.
           531, 2002
92       06/24/2004
           MANDATE FILED FROM SUPREME COURT:  SUPERIOR COURT JUDGMENT AFFIRMED.
           SUPREME COURT CASE NO: 65, 2004
           SUBMITTED: APRIL 29, 2004
           DECIDED: JUNE 7, 2004
           BEFORE STEELE, CHIEF JUSTICE, HOLLAND, AND BERGER, JUSTICES.

                  *** END OF DOCKET LISTING AS OF  01/14/2005 ***
                         PRINTED BY: CSCKPRI
```