# REINDICTMENT/RULE 9 SUMMONS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| STATE OF DELAWARE ) | |
| ) | |
| V. ) | INDICTMENT BY THE GRAND JURY |
| ) | I.D.#0002019767 |
| GERRON LINDSEY ) | |

The Grand Jury of New Castle County charges GERRON LINDSEY with the following offenses;

### COUNT I. A FELONY

IN 00-08-2081

MURDER FIRST DEGREE in violation of Title 11, Section 636(a)(1) of the Delaware Code of 1974, as amended.

GERRON LINDSEY, on or about the 27th day of February, 2000, in the County of New Castle, State of Delaware, did intentionally cause the death of Jayendra Modi by shooting him.

### COUNT II. A FELONY

IN 00-08-2083

POSSESSION OF A FIREARM DURING THE COMMISSION OF A FELONY in violation of Title 11, Section 1447A of the Delaware Code of 1974 as amended.

GERRON LINDSEY, on or about the 27th day of February, 2000, in the County of New Castle, State of Delaware, did possess a gun, a firearm during the commission of Murder First Degree as set forth in Count I of this Indictment which is herein incorporated by reference.

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
BY

### COUNT III. A FELONY

I#N 00-08-2082

MURDER FIRST DEGREE in violation of Title 11, Section 636(a)(2) of the Delaware Code of 1974, as amended.

GERRON LINDSEY, on or about the 27th day of February, 2000, in the County of New Castle, State of Delaware, did while in the course of and in the furtherance of the commission of Attempted Robbery First Degree, a felony, did recklessly cause the death of Jayendra Modi.

### COUNT IV. A FELONY

I#N 00-08-2084

POSSESSION OF A FIREARM DURING THE COMMISSION OF A FELONY in violation of Title 11, Section 1447A of the Delaware Code of 1974 as amended.

GERRON LINDSEY, on or about the 27th day of February, 2000, in the County of New Castle, State of Delaware, did possess a gun, a firearm during the commission of Murder First Degree as set forth in Count III of this Indictment which is herein incorporated by reference.

### COUNT V. A FELONY

I#N 00-08-2085

ATTEMPTED MURDER FIRST DEGREE in violation of Title 11, Section 531 of the Delaware Code of 1974, as amended.

GERRON LINDSEY, on or about the 27th day of February, 2000, in the County of New Castle, State of Delaware, did intentionally attempt to cause the death of Pravina Modi by shooting her, which acts under the circumstances as he believed them to be was a substantial step in course of conduct planned to culminate in the commission of Murder in the First Degree, in violation of Title 11, Section 636 of the Delaware Code.

COUNT VI. A FELONY

IN 00-08-2086

POSSESSION OF A FIREARM DURING THE COMMISSION OF A FELONY in violation of Title 11, Section 1447A of the Delaware Code of 1974 as amended.

GERRON LINDSEY, on or about the 27th day of February, 2000, in the County of New Castle, State of Delaware, did possess a gun, a firearm during the commission of Attempted Murder First Degree as set forth in Count V of this Indictment which is herein incorporated by reference.

COUNT VII. FELONY

IN 00-08-2087

ATTEMPTED ROBBERY FIRST DEGREE in violation of Title 11, Section 531 of the Delaware Code of 1974, as amended.

GERRON LINDSEY, on or about the 27th day of February, 2000, in the County of New Castle, State of Delaware, did intentionally, which acts under the circumstances as he believed them to be, constituted a substantial step in a course of conduct planned to culminate in his commission of the crime of Robbery First Degree in violation of Title 11, Section 832, when in the course of committing theft, did threaten the immediate use of force upon Jayendra Modi with intent to compel the said person to deliver up property consisting of a box of cigars and when in the course of the commission of the crime, he displayed what appeared to be a deadly weapon, to wit: did display a gun.

COUNT VIII. A FELONY

IN 00-08-2088

POSSESSION OF A FIREARM DURING THE COMMISSION OF A FELONY in

violation of Title 11, Section 1447A of the Delaware Code of 1974 as amended.

GERRON LINDSEY, on or about the 27th day of February, 2000, in the County of New Castle, State of Delaware, did possess a gun, a firearm during the commission of Attempted Murder First Degree as set forth in Count VII of this Indictment which is herein incorporated by reference.

### COUNT IX. A FELONY

IN 00-08-2089

POSSESSION OF A DEADLY WEAPON BY PERSON PROHIBITED in violation of Title 11, Section 1448 of the Delaware Code of 1974, as amended.

GERRON LINDSEY, on or about the 27th day of February, 2000, in the County of New Castle, State of Delaware, having been found delinquent in Criminal Action Number 980200120002, in the Family Court of the State of Delaware in and for New Castle County to the charge of Robbery First Degree on February 23, 1998, did possess, purchase, own or control a gun, a deadly weapon, as set forth in 11 *Del. C.* §222(6).

### COUNT X. A FELONY

IN 00-08-2090

ROBBERY FIRST DEGREE in violation of Title 11, Section 832 of the Delaware Code of 1974, as amended.

GERRON LINDSEY, on or about the 24th day of February, 2000, in the County of New Castle, State of Delaware, when in the course of committing theft, did threaten the immediate use of force upon Edwin Hassenstein with intent to compel the said person to deliver up property consisting of United States currency and when in the course of the commission of the crime, he displayed what appeared to be a gun, a deadly weapon.

### COUNT XI. A FELONY

IN 00-08-2092

POSSESSION OF A FIREARM DURING THE COMMISSION OF A FELONY in violation of Title 11, Section 1447A of the Delaware Code of 1974 as amended.

GERRON LINDSEY, on or about the 24th day of February, 2000, in the County of New Castle, State of Delaware, did knowingly possess a gun, a firearm during the commission of Robbery First Degree, as set forth in Count X of this Indictment which is herein incorporated by reference.

### COUNT XII. A FELONY

IN 00-08-2091

POSSESSION OF A DEADLY WEAPON BY PERSON PROHIBITED in violation of Title 11, Section 1448 of the Delaware Code of 1974, as amended.

GERRON LINDSEY, on or about the 24th day of February, 2000, in the County of New Castle, State of Delaware, having been found delinquent in Criminal Action Number 980200120002, in the Family Court of the State of Delaware in and for New Castle County to the charge of Robbery First Degree on February 23, 1998, did possess, purchase, own or control a gun, a deadly weapon, as set forth in 11 *Del. C.* §222(6).

A TRUE BILL

_____
FOREPERSON

_____
ATTORNEY GENERAL

_____
DEPUTY ATTORNEY GENERAL

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
BY _____

#11 09/28/00   MOTION TO COMPEL FILED. DONALD ROBERTS, DAG REFFERRED TO
               JUDGE ALFORD

# SUPERIOR COURT JUDGES' NOTICE OF A PROCEEDING SCHEDULED

PLEASE COMPLETE AND SEND TO PROTHONOTARY AS SOON AS PROCEEDING IS SCHEDULED.

JUDGE: Alford   DATE: 10/16/00   HOUR: 3:00 p.m.

BRIEF CAPTION: State vs. Jussen Lindsey

ID #0002019767

PLAINTIFF ATTY.: _____

DEFENSE ATTY.: J. Edinger / K. VanAmerongen

STATE'S DEPUTY: S. Ablut / W. Roberts

TYPE OF PROCEEDING:

OFFICE CONFERENCE ✓   ISSUE: Status

HEARING ___   ISSUE: _____

ARGUMENT ___   ISSUE: _____

OTHER ___   ISSUE: _____

JUDGE (HAS) (NEEDS) MOTION.

JUDGE (HAS) (~~NEEDS~~) JACKET.

JUDGE (NEEDS) (~~DOES NOT NEED~~) CLERK. Shera

Called ___ to transport def. ___

JUDGE (~~NEEDS~~) (DOES NOT NEED) COURTROOM.

JUDGE (~~NEEDS~~) (DOES NOT NEED) CSO.

JUDGE (NEEDS) (~~DOES NOT NEED~~) CT. RPTR. Lyn Coale

Defense wants to conflict out of case. Granted on condition Defense attorneys withdraw from representing both defendants Lindsey + ~~Johnson~~. Charles Johnson —