IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

    VS.

GERRON M LINDSEY

Alias: See attached list of alias names.

DOB: 02/07/1982
SBI: 00326202

| CASE NUMBER: | CRIMINAL ACTION NUMBER: |
|---|---|
| 0002019767 | IN00-08-2081 |
| | MURDER 1ST(F) |

### SENTENCE ORDER

NOW THIS 27TH DAY OF JUNE, 2002, IT IS THE ORDER OF THE COURT THAT:

The defendant is adjudged guilty of the offense(s) charged. The defendant is to pay the costs of prosecution and all statutory surcharges.

**AS TO IN00-08-2081- : TIS
MURDER 1ST**

The defendant is to pay a fine in the amount of $5096.27 plus all surcharges and fees (see attachment).

The defendant shall pay his/her restitution as follows: $5096.27 TO VIOLENT CRIMES COMP BOARD

**Effective February 29, 2000 the defendant is sentenced as follows:**

- The defendant is placed in the custody of the Department of Correction for the balance of his/her natural life at supervision level 5

- And

- Or **DE PSYCHIATRIC CENTER**

**APPROVED ORDER**    1    June 27, 2002 16:06

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
BY

SPECIAL CONDITIONS BY ORDER

STATE OF DELAWARE
         VS.
GERRON M LINDSEY
DOB: 02/07/1982
SBI: 00326202

                              CASE NUMBER:
                               0002019767

NO SPECIAL CONDITIONS AT ORDER LEVEL

                          NOTES

                              _____
                              JUDGE HAILE L ALFORD

**APPROVED ORDER**    2    June 27, 2002 16:06

FINANCIAL SUMMARY

STATE OF DELAWARE
     VS.
GERRON M LINDSEY
DOB: 02/07/1982
SBI: 00326202

CASE NUMBER:
0002019767

SENTENCE CONTINUED:

| | |
|---|---:|
| TOTAL DRUG DIVERSION FEE ORDERED | |
| TOTAL CIVIL PENALTY ORDERED | |
| TOTAL DRUG REHAB. TREAT. ED. ORDERED | |
| TOTAL EXTRADITION ORDERED | |
| TOTAL FINE AMOUNT ORDERED | 5096.27 |
| FORENSIC FINE ORDERED | |
| RESTITUTION ORDERED | 5096.27 ✓ |
| SHERIFF, NCCO ORDERED | |
| SHERIFF, KENT ORDERED | |
| SHERIFF, SUSSEX ORDERED | |
| PUBLIC DEF, FEE ORDERED | |
| PROSECUTION FEE ORDERED | 80.00 |
| VICTIM'S COM ORDERED | 917.33 |
| VIDEOPHONE FEE ORDERED | 1.00 |
| TOTAL | 11,190.87 |

**APPROVED ORDER**    3    June 27, 2002 16:06

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

SURCHARGES

STATE OF DELAWARE
    VS.
GERRON M LINDSEY
DOB: 02/07/1982
SBI: 00326202

CASE NUMBER:
0002019767

| CRIM ACTION # | DESCRIPTION | AMOUNT |
|---|---|---|
| IN00-08-2081 | VCF | 917.33 |

**APPROVED ORDER**    4    June 27, 2002 16:06

LIST OF ALIAS NAMES

STATE OF DELAWARE
      VS.
GERRON M LINDSEY
DOB: 02/07/1982
SBI: 00326202

CASE NUMBER:
0002019767

RONNIE LINDSEY

**APPROVED ORDER**   5   June 27, 2002  16:06