WILMINGTON DEPARTMENT OF POLICE

SUPPLEMENT REPORT

**DATE OF REPORT:**

**INVESTIGATING OFFICER:**   Det. Andrew Brock I\6369

| | |
|---|---|
| Jayendra MODI | #00-15181 |
| 2110 N. Market Street | R#00-H-06 |
| Murder 1st | 11/636 |
| Multiple: N/A | |
| Reported Loss: $0 | |
| Recovery: $0 | |
| February 27, 2000 | |

| | |
|---|---|
| Pravina MODI | #00-15181 |
| 2110 N. Market Street | R#00-H-06 |
| Attempted Murder 1st | 11/636 |
| Multiple: N/A | |
| Reported Loss: $0 | |
| Recovery: $0 | |
| February 27, 2000 | |

**CASE SUMMARY:**

On February 27, 2000 this incident was assigned to this investigator by Detective Sgt. Robert Emory and it was issued Detective Red Number #00-H-06.

On February 27, 2000 at 1315 hours the Wilmington Police responded to the Pine Street Market which is located at 2241 N. Pine Street in reference to a shooting complaint. Upon the arrival of uniformed officers at the scene they located two victims inside the store. The officers immediately requested a paramedics unit to respond to the scene. Both victims were transported to the Christiana Hospital Emergency room. The male victim was later identified as Jayendra Modi WMI-48, and he suffered from a single gunshot wound to the chest. He was pronounced dead upon his arrival to the hospital. The female victim was identified as Pravina Modi WFI-44, and she suffered from a single gunshot to her abdomen. She was listed in critical, but stable condition pending the out come of surgery. The remaining officers completed an area canvas and several witnesses were located. The witnesses were transported into Central where they were interviewed by members of the Detectives Division. No suspect(s) could be located at this time.

Exibit B

## WILMINGTON DEPARTMENT OF POLICE
## SUPPLEMENT REPORT

VICTIM: Jayendra Modi
ADDRESS: 2110 N. Market St.

CASE NUMBER: #00-15181
RED NUMBER: #00-H-06

INCIDENT/CRIME: Murder 1st  11/636
LOCATION OF INCIDENT: 2241 N. Pine Street
DATE/TIME OF INCIDENT: February 27, 2000
DATE/TIME OF THIS REPORT: April 18, 2000  1800 hrs

INVESTIGATOR: Detective Andrew Brock I/6369

INVESTIGATIVE PROCEDURES:
   On April 10, 2000 at 1600 hours this officer located Ed Rogers in the 2400 Blk. of N. Market Street. This officer along with Detective John Hall informed Rogers that we needed to speak with him in reference to an on going investigation. Rogers agreed to come with theses officers into the Wilmington Police Station and give a statement. During the interview this officer explained to Rogers the exact nature of our investigation. Rogers was also informed that he had been implicated in murder investigation. This officer then proceeded to ask him if knew a person by the name Gerron Lindsey who goes by the nickname of "Black". Rogers stated that he did not know of such a person. This officer then showed Rogers several pictures one of which included a picture of Gerron Lindsey and he stated that he did not recognize anyone in the pictures. Rogers also stated that he is employed at the John Harvards Brew House located on Route 202 in Wilmington, Delaware. He stated that he works every weekend and he was in fact working on February 27, 2000 the day of the incident. Rogers was also willing to take a polygraph examination, but there were polygraph examiners available at the time. During the interview Rogers stated that he wish to have lawyer present during any further questioning. Rogers stated that he would have his lawyer contact this officer in the near future.

   On April 18, 2000 this officer instructed Officer Robert Watson to contact Cheri Summers and attempt to re-interview her reference this case. Officer Watson was in fact able to locate Mrs. Summers and obtain an audio tape interview with her and her daughter. For details of the interview refer to the audio tape transcripts along with .

   On April 18, 2000 this officer responded to John Harvards Brew House located at Route 202 and Rocky Run Parkway Wilmington, Delaware. This officer served the manager (Kevin Gross) with an Attorney General's subpoena which requested in Ed Rogers work history and employment application.

Page #2
Case #00-15181

**INVESTIGATIVE PROCEDURES:**
On April 20, 2000 Kevin Rogers of the John Harvards Brew House contacted this officer and turned over all of the information requested in the subpoena. This officer reviewed the information and learned that Ed Rogers was employed at the Brew House during the month of February 2000. The information revealed that he was not working on Sunday, February 27, 2000 and he stated in an interview on

INVESTIGATOR: _____Detective Andrew Brock I/6369_____

SUPERVISOR: _____

Page #2
Case #00-15181

## CRIME SCENE:
The crime scene in this incident is a two story brick building which is known as the business of the "Pine Street Market" located at 2241 N. Pine Street Wilmington, Delaware 19801.

## PROPERTY STOLEN: 
N/A

## PHYSICAL EVIDENCE:
See EDU reports for further details.

## VICTIM INTERVIEW:
Victim #1-Jayendra Modi WMI-48, DOB 10/10/51
    2110 N. Market Street
    Wilmington, Delaware
    (Deceased)

Victim #2-Pravina Modi WFI-44, DOB 6/1/55
    2110 N. Market Street
    Wilmington, Delaware
    (302) 652-0401

On February 27, 2000 at 1940 hours this officer along with Detective John Hall responded to the Christiana Hospital and interviewed the victim (Pravina Modi). The interview was conducted with the assistance of an interpreter (Paul Modi). The victim stated a black male had entered the store, but did not buy anything. She stated that he was browsing through the rear of the store until all the other customers had left. The victim stated that the male subject then approached the front counter and asked for three "Dutches" cigars and a pack of "Newport" cigarettes. She stated that he then ask for the price of a box of Dutches cigars and she told him that it would cost forty dollars. She stated that the subject became very angry and started yelling at her. She stated that he then suddenly pulled out a handgun and shot her in the stomach. The victim fell back into a stool. While holding her stomach she observed her husband attempting to give the box of cigars to the suspect. She stated that the suspect fired a second time striking her husband in the chest. The victim's husband fell on the floor behind the front counter and the suspect fled from the store. The victim stated that the suspect did not take anything from the store. The victim described the suspect as being a tall black male in his early 20's, dark complexion, thin build, last seen wearing a black hat, and a dark jacket. She also stated that the suspect had some facial hair. The victim can identify the suspect. Due to the victim's condition no further questions were asked at this time.

Page #3
Case #00-15181

## VICTIM INTERVIEW:
2ND INTERVIEW-

On February 29, 2000 at 2030 hours this officer along Detective John Hall conducted a follow up interview with the victim (Pravina Modi) at the Christiana Hospital. During the interview Paul Modi assisted with the interpretation. The victim reviewed a Wilmington Police Suspect Photographic Lineup and she could not make a positive identification at this time.

## SUSPECT INFO:
Suspect -Gerron Lindsey BMNH-18, DOB 2/7/82   AKA: "Black"
  6'04", 170 lbs, dark complexion, thin build, light mustache/beard
  last seen wearing a black wool hat, black flight jacket, black pants and shoes
  2414 N. Locust Street
  Wilmington, Delaware 19801

## WITNESS INTERVIEW:
Witness #1-Karen Dunn BFNH-36, DOB 7/7/63



On February 27, 2000 at 1450 hours this officer interviewed the above witness at the Wilmington Police Detective Interview Room. The witness stated that she entered the store to purchase lunch meat for a sandwich. She stated that while she was inside the store she was approached by a tall black male who began flirting with her and he complimented her on her necklace. She stated that the black male then asked if she had purchased anything that she wanted because he was going to rob the store. The witness stated that she told the suspect that all she wanted to do was get her food and the young kids out of the store. The witness stated that once she made her purchase she escorted the kids out of the store and went home. The witness described the suspect as being a black male in his 20's, dark complexion, some facial hair, approximately 6'02", thin build with clean white teeth. The witness said that the suspect was last seen wearing a black wool hat, black flight jacket, black pants and dark colored shoes. The witness stated that she can identify the suspect. For further details refer to the audio taped transcripts.

On February 29, 2000 at 1400 hours this investigator contacted the above witness and asked her to come down to the Wilmington Police Station for the purpose of viewing a suspect lineup. At 1445 hours the witness was bought into the witness room where she was able to view six suspects through a double sided mirror. The witness looked at the suspects and within 5 to 10 seconds she positively identified suspect number three as being the person she seen inside the store prior to the shooting. The suspect she identified is Gerron Lindsey BMNH-18, DOB 2/7/82.

Page #4
Case #00-15181

### WITNESS INTERVIEW:

Witness #2-Nakeia Devine BFNH-12, DOB 2/11/88



    On February 27, 2000 at 1515 hours this officer interviewed the above witness at the Wilmington Police Interview Room. The witness stated that she entered the Pine Street Market located at 2241 N. Pine Street to purchase a soda. While inside the store she observed her aunt (Karen Dunn) standing in the rear of the store. She also observed a tall dark complexion black male standing at the front counter. The witness stated that the black male appeared to be 17 or 18 years old and was last seen wearing a black hat, black flight jacket and black pants. The witness also stated that she could not see the back males hands because he had them curled up into the sleeves of his jacket. The witness stated that <u>she can not identify the suspect.</u>

Witness #3-Cheri Coverdale BFNH-29, DOB 2/28/70



    On February 27, 2000 at 1540 hours this investigator interviewed the above witness at the Wilmington Police Detective Interview Room. The witness stated that prior to the shooting she had just exited the store and observed a subject known to her by the nickname of "Black" pacing in front of the door. She asked the subject what was he doing because he looked like he was up to no good. She stated that he told her that he was up to no good on a Sunday morning. The witness then walked to a relatives house in the 2200 block of Pine Street. The witness described "Black" as being approximately 17 to 20 years old, tall dark complexion, thin build, last seen wearing a black hat, black jacket and black pants. She stated that upon seeing the subject she immediately recognized him as being a friend of her son's and known as "Black". It should be noted that the witness became very uncooperative during the interview and requested to leave when asked if she would view several pictures.

    On February 28, 2000 at 1810 hours this officer along with Detective John Hall responded to 2520 Bowers Street and made contact with the above witness. The witness viewed a suspect photographic lineup and she was very reluctant to assist these officers in this investigation. <u>The witness briefly starred at the lineup and stated that she did not see the suspect known to her as "Black".</u> The witness then stated that she did not wish to be bothered by the police anymore.

Page #5
Case #00-15181

## WITNESS INTERVIEW:

Witness #4-Archie Monroe BMNH-42, DOB 5/11/57



On February 27, 2000 at 1750 hours this officer interviewed the above witness at the Wilmington Police Detective Interview Room. During the interview the witness stated that he was in the area of the 2200 of N. Pine Street attempting to make contact with a friend. He stated that his friend was not at home, so he decided to buy the Sunday News Journal from the corner store located at 23rd /Pine Street. He further stated that prior to entering the store he observed a friend of his name "Patrick Everett" and another unknown subject. He stated that he briefly had a conversation with Patrick while standing in front of the store. He stated that Patrick then decided to go inside the store to buy something. He stated that he then crossed the street to check to see if his friend had returned home. He stated that he then proceeded to walk back towards the store at which time he observed Patrick leaving the store. He stated that Patrick started running and he said "Man! That guy is robbing the store!". The witness stated that he then heard a gunshot come from inside the store. He then observed a black male subject exiting the store and run east on 23rd Street from Pine Street. The witness described the suspect as being a black male 6'03", medium build, dark complexion, facial hair, last seen wearing a black or blue hat, dark sweat shirt, dark pants with a white t-shirt hanging outside of his pants. He stated that the suspect had his hands in his pocket as if he were pulling up his pants. The witness stated that he did see a gun in the suspects hand. For further details of the witness statement refer to the audio tape transcripts.

On February 28, 2000 at 1820 hours this officer along Detective John Hall responded to 117 W. 37th Street and made contact with the above witness. These officer allowed the witness to view s suspect photographic lineup which included a picture of "Gerron Lindsey". The witness glanced at the photographs and then starred at Lindsey's picture for several seconds, but he was unable to give a positive identification.

On February 29, 2000 at approximately 1436 hours the witness was contacted and he viewed a live suspect lineup in which the suspect "Gerron Lindsey" was a participant. The suspect Lindsey chose the be in position number three in the lineup. The witness viewed the lineup for several moments and then asked the suspect to stand up. The witness appeared to be starring directly at suspect #3, but selected suspect #4. The witness was unable to positively identify the suspect at this time.

Page #7
Case #00-15181

## WITNESS INTERVIEW:
Witness #7-Keeven Hale BMNH-21, DOB 11/2/78



On February 27, 2000 at 2150 hours this officer along with Detective John Hall contacted the above witness at his residence of 602 E. 23rd Street. The witness stated that on the date in question he walked to the Pine Street Market at approximately 1200 hours. He stated that when he exited the Market he observed a subject known to him by the nickname of "Black" walking across Pine Street towards the store. He stated that "Black" said "What's up!" to him and he returned to his house. The witness stated that Black was wearing a black wool hat, black flight jacket, and dark jeans.

On February 28, 2000 at 1550 hours this officer interviewed the above witness at the Wilmington Police Detective Interview Room #1. During the interview the witness repeated the same information listed in the above paragraph. For further details refer to the audio taped transcripts.

## SUSPECT INTERVIEW:
Suspect -Gerron Lindsey BMNH-18, DOB 2/7/82
    2414 N. Locust Street
    Wilmington, DE. 19801
    (302) 655-9140

On February 29, 2000 at 1130 hours this officer mirandized the above suspect (Gerron Lindsey) at the Wilmington Police Detective Interview Room #1. During the interview the suspect stated that he and a subject name "Ed Lover" planned to rob the Pine Street Market located at 2241 N. Pine Street. The suspect stated that "Ed Lover" entered the store first and stayed inside for a long time. He stated after "Ed Lover" left the store he went inside and observed that the clerks had been shot. He stated that he then stepped over the bodies to look for something to take. He stated that he grabbed a box of cigars and then fled from the store on foot. The suspect denied shooting the victims in this case. For further details refer to the video tape transcripts.

## ARREST ACTION:
The defendant in this investigation was arrested on February 29, 2000 at #38 E. 23rd Street and he was charged with the below listed crimes:

1. (2 cts) Murder 1st    11/636
2. Att. Murder 1st    11/531
3. (4 cts) PFDCF    11/1447
4. Robbery 1st    11/832
5. PDWBPP    11/1448

Page #8
Case #00-15181

## COURT ACTION:

The Preliminary Hearing was held on March 7, 2000 at the Court of Commons Pleas located at 10th and King Street. The defendant was bound over without bail pending the scheduling of a Superior Court Hearing date.

## INVESTIGATIVE PROCEDURES:

On February 27, 2000 this incident was assigned to this investigator by Detective Sgt. Robert Emory and is was issued Detective Red Number #00-H-06.

On February 27, 2000 at approximately 1310 hours the Wilmington Police responded to the Pine Street Market located at 2241 N. Pine Street in reference to a shooting complaint. Upon the arrival of uniformed officers at the scene they located two shooting victims inside the store. The female victim was suffering from a single gunshot wound to her abdomen. She was transported to the Christiana Hospital where she was listed in critical, but stable condition. The male victim was located unconscious behind the front counter and he too was transported to the Christiana Hospital where he was pronounced dead upon arrival. The officers quickly secured the scene and contacted the appropriate chain of command. The officers also contacted the Evidence Detection Unit and requested that they respond to the scene for processing. The investigation was then turned over to the Detectives Division at the scene.

At 1320 hours this officer was contacted by Detective Sgt. Robert Emory and instructed me to respond to the Pine Street Market located at 2241 N. Pine Street in reference to a shooting investigation.

At 1350 hours this officer arrived at the scene and spoke with Officer Mike Duckett. He stated that upon his arrival he located the two victims inside the store and that he chalked the male victims body. He then secured the scene until detectives arrived. Officer Duckett also provided this officer with the name of the victims (V#1 Jayendra Modi and V#2 Pravina Modi).

This officer then spoke with Officer Robert Watson who stated that he conducted an area search for witnesses and spoke with the following subjects (Cheri Summers, Nakeia Devine and Karen Dunn) he stated that all three witnesses advised that they observed the suspect outside the store prior to the shooting. Officer Watson also stated that one of the witnesses advised that the suspect has a nickname of "Black". All three witnesses agreed to respond into the Wilmington Police Station for further questioning. This officer then requested that all assisting officers conduct a door to door search for witnesses. This officer also requested that officers record any and all parked vehicle tag numbers in the immediate area.

At 1450 hours this officer interview (W#1 Karen Dunn) at the Wilmington Police Detective Interview Room. For details of the interview refer to the audio tape transcripts.

Page #9
Case #00-15181

INVESTIGATIVE PROCEDURES:

At 1515 hours this officer interviewed (W#2) Nakeia Devine at the Wilmington Police Detective Interview Room. For details of the interview refer to the audio tape transcripts.

At 1540 hours this officer interviewed (W#3) Cheri Coverdale at the Wilmington Police Detective Interview Room. For details of the interview refer to the audio tape transcripts.

At 1600 hours this officer met with DAG Don Roberts and Steve Whalter at the Wilmington Police Detective Division and discussed the current developments of the case.

At 1630 hours this officer interviewed Christine Dennis at the Wilmington Police Detective Interview Room. For details of the interview refer to the audio tape transcripts.

At 1645 hours this officer interviewed Richard Harris at the Wilmington Police Detective Interview Room. For details refer the witness section of this report.

At 1750 hours this officer interviewed (W#4) Archie Monroe at the Wilmington Police Detective Interview Room. For further details refer to the audio tape transcripts.

At 2150 hours this officer spoke with Keeven Hale at his residence of 602 W. 23rd Street Wilmington, Delaware 19801. For details refer to the witness section of this report. This officer also completed a 2nd interview with Keeven Hale at the Wilmington Police Detective Interview Room. For details of that interview refer to the audio tape transcripts.

At 2145 hours this officer learned from Detective Drysdale that he made contact with a subject who provided information that a person known to him as "Black" frequents the address of 729 Vandever Ave.

At approximately 2200 hours this officer along with Detectives (Drysdale, Hall, and Waynant) responded to 729 Vandever Ave. and spoke with Darlene Gatlin BFNH-41, DOB 4/22/59 who stated that she knows a subject by the name of "Black" who is good friends with her son. She stated that she can not remember "Black's" true name, but she did remember that he use to work at the Wall Street Deli located at 10th and King Streets. Darlene Gatlin described "Black" as being a tall dark complexion black male 17 to 18 years old with some facial hair. She further advised that she has not seen him for several weeks.

At 2300 hours this officer returned to Central and completed a thorough check in the DEL-JIS computer system under the nickname of "Black". The search yielded negative results for anyone matching the height and weight of the described suspect.

Page #10
Case #00-15181

### INVESTIGATIVE PROCEDURES CONTINUATION:

On February 28, 2000 at 1000 hours this officer responded to the Wall Street Deli located at 920 N. King Street and spoke with the manager (Jennifer Kaplan). This officer described the suspect to the manager and immediately stated that she remembered that he worked for two days. She then provided this officer with a copy of his employment application. Based on the information provided on the application this officer obtained the name of Gerron Lindsey BMNH-18, DOB 2/7/82 with address of 2414 N. Locust Street Wilmington, DE.

At 1030 hours this officer completed a thorough check of the DEL-JIS computer system under the name of Gerron Lindsey and it revealed that he is currently wanted on an outstanding Violation of Probation Warrant. The check also revealed that Lindsey is approximately 6'04", 150 lbs. This officer learned Lindsey was released from probation on February 7, 2000, however, a warrant remains in the system for his arrest. This officer then contacted Probation Officer Dwight Holden who provided additional personal history information and a updated photograph of Gerron Lindsey. This officer then prepared a six picture suspect photographic lineup which included a photograph of Gerron Lindsey.

At 1040 hours this officer contacted Deputy Don Roberts of the Attorney Generals Office and informed of the current developments of the case.

At 1115 hours this officer interviewed Patrick Everett at the Wilmington Police Detective Interview Room. During the interview Everett was allowed to view the photographic lineup and he identified Gerron Lindsey as being the person he observed inside the store moments before the shots were fired.

At 1130 hours this officer supplied Detective Jonathan Hall with a copy of the suspect photographic lineup and instructed him to show the lineup to several of the witnesses. For details of his findings refer to his supplement report.

At 1550 hours this officer interviewed Keeven Hale at the Wilmington Police Detective Interview Room. For details refer to the audio tape transcripts.

At 1810 hours this officer along Detective John Hall responded to 2520 Bowers Street and spoke with Cheri Summers. Cheri was very uncooperative with theses officers, but finally agreed to look at the suspect photographic lineup. The witness briefly looked at the lineup and stated that she did not see the subject known to her as "Black".

At 1820 hours this officer along Detective Hall responded to the ▓▓▓▓▓▓▓▓▓ and spoke with Archie Monroe. These officer allowed Monroe to review the suspect photographic lineup and was unable to identify the suspect.

Page #11
Case #00-15181

## INVESTIGATIVE PROCEDURES:

At 1900 hours this officer prepared a Justice of the Peace Court #20 Daytime Search Warrant for the residence of 2414 N. Locust Street.

On February 29, 2000 at 0830 hours this officer along with members of the SWAT Team executed a Daytime Search Warrant at the residence of 2414 N. Locust Street. During a search of the residence Detective Hall located three .38 caliber shell casings in the kitchen ceiling tile. The evidence was secured and later submitted into the evidence locker by this officer. This officer then interviewed Lakeya Lindsey BFNH-19, 2/3/81 who stated that she is Gerron Lindsey's sister. She also stated that Gerron lives at this address from time to time and that he last visited the family on February 28, 2000 at approximately 2200 hours. She stated that he was traveling with a heavy set female with a pony tail and they were driving in a gold/brown color Ford station wagon. She stated that during his visit he asked his mother for some money and food. He then left with the unknown female and called back later that evening. Lakeya Lindsey then provided this officer with her mother's (Yvonne James) work telephone number of (302-658-8114). Sgt. Mark Lemon then spoke with Mrs. James on the telephone and she provided him with a telephone number of (302-571-1306) where her son could be reached. These officer then transported Lakeya Lindsey into the police station for a follow up interview.

While at Central assisting investigators completed a check through the DEL-JIS computer system and they were able to locate an address of #38 E. 23rd Street which matched the telephone number of (302) 571-1306. As this information was being developed additional information was forwarded to this investigator through the Delaware Crime Stoppers Tip Line. The information stated that the suspect was seen fleeing from the Pine Street Market east on 23rd Street then south on Spruce Street where he entered a gold colored station wagon. This officer along with assisting Detectives responded to the area of E. 23rd Street and Lamotte for surveillance purposes. While in the area officers located two station wagons one of which was registered to Annette Harden of #38 E. 23rd Street Apt. #1. Based on the information obtained from the suspect's mother/sister and the Crime Stoppers Tip Line this officer prepared an addendum to the existing Justice of the Peace Court #20 Search Warrant to include #38 E. 23rd Street Apt. #1.

At 1020 hours assisting officers responded to #38 E. 23rd Street Apt. #1 and executed the search warrant. While at the location Detectives Drysdale, Cunningham, Mullins and Sgt. Emory located the suspect Gerron Lindsey in a rear bedroom seated on the bed. Lindsey was taken into custody without further incident. He then transported into Central by Patrol Officer Anthony Easterling and his partner. The remaining detectives completed a search of the apartment and were unable to locate anything evidentiary value. The officer did however locate a female by the name of Rosanna Warner BFNH-19, DOB 11/3/80 and she was also transported into Central for questioning.

Page #12
Case #00-15181

## INVESTIGATIVE PROCEDURES:

At 1045 hours this officer contacted Deputy Don Roberts of Attorney Generals Office and he was advised of the status of the investigation. (i.e. suspect was arrested on unrelated charges)

At 1130 hours this officer along Detective John Hall conducted an audio/video taped interview with the suspect "Gerron Lindsey". For details of the interview refer to the audio tape transcripts and the suspect interview section of this report.

At 1330 hours this officer and Detective John Hall completed audio taped interview with Rosanna Warner BFNH-19, 11/3/80 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ During the interview she stated that on Sunday, February 27, 2000, her boyfriend (Gerron Lindsey) stayed at home to watch her three year old son while she went to the laundromat to wash clothes. She also stated that when she and her sister (Annette Harden) returned from washing clothes Gerron was still inside the house with her son. She went on to state that he later asked for a ride to the area of the 2400 block of N. Locust Street where she dropped him off. She stated that between the time she dropped him off and the time she returned home he called her on the telephone to come back to pick him up. She stated that upon picking him up they returned home where he stayed inside the house until the next morning. She stated that she was not aware of the shooting incident until the following morning and that she was not concerned about it. For further details refer to the audio tape transcripts.

At 1400 hours Sgt. Robert Emory and Captain Nancy Dietz assisted in this investigation by preparing a live lineup which consisted of six individuals of similar height, weight, race and gender. Gerron Lindsey was also a participant in the lineup and he selected to be in the number three position. The witnesses in this investigation were contacted and asked to respond into the police station for the purpose viewing the lineup. For details of the preparation of the lineup refer to Cpt. Dietz's supplement report submitted under this file number.

At 1430 hours Patrick Everett entered the witness section of the lineup room and upon viewing the suspects through the double sided mirror he positively identified suspect #3 without hesitation.

At 1436 hours Archie Monroe entered the witness room and viewed the lineup. The witness starred at the suspects for approximately 30 to 40 seconds before asking them to standup. He then starred directly at suspect #3 for 10 to 20 seconds before finally selecting suspect number #4. The witness was unable to identify the suspect in this case.

At 1445 hours Karen Dunn entered the witness room and viewed the lineup. The witness viewed the suspects for several seconds before positively identifying suspect #3. The witness stated "That's him! Number three!".