Superior Court of the State of Delaware, __NEW CASTLE__ County

# PLEA AGREEMENT

State of Delaware v. __GERRON LINDSEY__

Case No(s): __0002019767__   Cr.A.#s: __IN00-08-2081 through 2092__

☐ Title 11 HAB. OFFENDER _____   ☐ BOOT CAMP ELIGIBLE   ☐ INELIGIBLE
☐ RULE 11(e)(1)(C) — If out of guideline, reason is as follows: _____
☐ Title 11, §4336, sex offender notification required   ☐ Title 11, §9019(e), forensic fine ☐ $100(F), ☐ $50(M)

**Defendant will plead guilty to:**

| Count | Cr.A.# | Charge [LIO if applicable] |
|---|---|---|
| I | IN00-08-2081 | MURDER 1st DEGREE (INTENTIONAL) |
| II | IN00-08-2083 | POSSESSION OF A FIREARM DURING the Commission OF A FELONY |
| III | IN00-08-2082 | MURDER 1st DEGREE (FELONY MURDER) |
| IV | IN00-08-2084 | POSSESSION OF A FIREARM DURING the Commission OF A FELONY |

Upon the sentencing of the defendant, a **nolle prosequi** is entered on ☐ the following charges/☐ all remaining charges on this indictment:

| Count | Cr.A# | Charge |
|---|---|---|
| | | |

**Sentence Recommendation/Agreement:**   ☑ PSI   ☐ Immediate Sentencing

**State and Defendant agree to the following:**
☐ Restitution: _____
☐ No _____ contact w/ _____
☐ Other Conditions: _____

DAG: __STUART E. SKLUT / DONALD R. ROBERTS__   DEF. COUNSEL: __ANTHONY A. Figliola JR. / SHERYL Rush-Milstead__
   PRINT NAME                                                           PRINT NAME

SIGNATURE                                                              SIGNATURE

                                                                        DEFENDANT: __GERRON LINDSEY__
Date: __April 4, 2002__

XC: Attorney for Defendant, Defendant                                   Page 1 of 3
Attorney General, Attorney General Worksheet

Superior Court of the State of Delaware, _NEW CTLE_ County

# PLEA AGREEMENT

State of Delaware v. _GERRON LINDSEY_

Case No(s): _0002019767_  Cr.A.#s: _IN00-08-2081 through 2092_

☐ Title 11HAB. OFFENDER _____   ☐ BOOT CAMP ELIGIBLE   ☐ INELIGIBLE
☐ RULE 11(e)(1)(C) — If out of guideline, reason is as follows: _____
☐ Title 11, §4336, sex offender notification required   ☐ Title 11, §9019(e), forensic fine ☐ $100(F), ☐ $50(M)

**Defendant will plead guilty to:**

| Count | Cr.A.# | Charge [LIO if applicable] |
|---|---|---|
| V | IN00-08-2085 | Attempted Murder 1st Degree |
| VI | IN00-08-2086 | Possession of a Firearm During the Commission of a Felony |
| VII | IN00-08-2087 | Attempted Robbery 1st Degree |
| VIII | IN00-08-2088 | Possession of a Firearm During the Commission of a Felony |

Upon the sentencing of the defendant, a **nolle prosequi** is entered on ☐ the following charges/☐ all remaining charges on this indictment:

| Count | Cr.A# | Charge |
|---|---|---|
| | | |

**Sentence Recommendation/Agreement:**  ☑ PSI   ☐ Immediate Sentencing

**State and Defendant agree to the following:**
☐ Restitution: _____
☐ No _____ contact w/ _____
☐ Other Conditions: _____

DAG: _STUART E. SKLUT / DONALD R. ROBERTS_   DEF. COUNSEL: _Anthony A. Figliola Jr / Sheryl Rush-Milstead_
         PRINT NAME                                                                      PRINT NAME

         SIGNATURE                                                                       SIGNATURE

                                                                     DEFENDANT: _GERRON LINDSEY_

Date: _Apr. 14 2002_

XC: Attorney for Defendant, Defendant
Attorney General, Attorney General Worksheet

Page 2 of 3

Superior Court of the State of Delaware, __New Castle__ County

# PLEA AGREEMENT

State of Delaware v. __Gerron Lindsey__

Case No(s): __0002019767__   Cr.A.#s: __IN00-08-2081 through 2092__

☐ Title 11 HAB. OFFENDER _____   ☐ BOOT CAMP ELIGIBLE   ☐ INELIGIBLE
☐ RULE 11(e)(1)(C) — If out of guideline, reason is as follows: _____
☐ Title 11, § 4336, sex offender notification required   ☐ Title 11, §9019(e), forensic fine ☐ $100(F), ☐ $50(M)

**Defendant will plead guilty to:**

| Count | Cr.A.# | Charge [LIO if applicable] |
|---|---|---|
| IX | IN00-08-2089 | Possession of a Deadly Weapon by a Person Prohibited |
| X | IN00-08-2090 | Robbery 1st Degree |
| XI | IN00-08-2092 | Possession of a Firearm During the Commission of a Felony |
| XII | IN00-08-2091 | Possession of a Deadly Weapon by a Person Prohibited |

Upon the sentencing of the defendant, a **nolle prosequi** is entered on ☐ the following charges/☐ all remaining charges on this indictment:

Count   Cr.A#   Charge

**Sentence Recommendation/Agreement:**   ☑ PSI   ☐ Immediate Sentencing

**State and Defendant agree to the following:**
☐ Restitution: _____
☐ No _____ contact w/ _____
☐ Other Conditions: _____

DAG: STUART E. SKLUT / DONALD R. ROBERTS (PRINT NAME)  
SIGNATURE

DEF. COUNSEL: Anthony A. Figliola Jr / Sheryl Rush-Milstead (PRINT NAME)  
SIGNATURE

DEFENDANT: Gerron Lindsey

Date: __Apr. 14, 2002__

XC: Attorney for Defendant, Defendant
Attorney General, Attorney General Worksheet

Page 3 of 3