Devron Lindsey
Jane Mitchell Building
1901 North Dupont Hwy.
Newcastle, Delaware
19720

APR 1 5 2002

April 9, 2002

Dear Honorable Alford,

I have come down off of my medication and I realized I have signed a plea to life imprisonment and that's not what I wanted to do. My medication I take for sleep problems have me dozing off and I just gave any answer to get this over. But I am asking that you withdraw the plea. And my records show I take medication.

Sincerely,
Devron Lindsey