# TRUTH-IN-SENTENCING GUILTY PLEA FORM
## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR New Castle COUNTY

STATE OF DELAWARE ) ID: 0002019767
v. _____ )
_____ ) CRA: 05-08-20XI thru 20X2

*The defendant must answer the following questions in his or her own handwriting.*

Date of Birth **2-7-82**     Last grade in school completed **10**

| Question | Answer |
|---|---|
| Have you ever been a patient in a mental hospital? | ☒ Yes ☐ No |
| Are you under the influence of alcohol or drugs at this time? | ☐ Yes ☒ No |
| Have you freely and voluntarily decided to plead guilty to the charges listed in your written plea agreement? | ☒ Yes ☐ No |
| Have you been promised anything that is not stated in your written plea agreement? | ☐ Yes ☒ No |
| Has your attorney, the State, or anyone threatened or forced you to enter this plea? | ☐ Yes ☒ No |

Do you understand that because you are pleading guilty you will not have a trial, and you therefore waive (give up) your constitutional right:
(1) to be **presumed innocent** until the State can prove each and every part of the charge(s) against you beyond a reasonable doubt;
(2) to a **speedy and public trial**;
(3) to **trial by jury**;
(4) to **hear and question the witnesses** against you;
(5) to **present evidence** in your defense;
(6) to **testify or not testify** yourself; and,
(7) to **appeal** to a higher court?               ☒ Yes ☐ No

| OFFENSE | STATUTORY PENALTY | | TIS GUIDELINE |
|---|---|---|---|
| | Incarceration | Amount of Fine (range if applicable) | |
| Murder 1st Degree | Life/Death | — | Life |
| | | | |
| | | | |

**TOTAL CONSECUTIVE MAXIMUM PENALTY:** Incarceration: Life/Death   Fine: ——

NON-CITIZENS: Conviction of a criminal offense may result in deportation, exclusion from the United States, or denial of naturalization.

| Question | Answer |
|---|---|
| Do you understand that, if incarcerated, you will not be eligible for parole, and the amount of early release credits which you may earn will be limited to a maximum of ninety (90) days per year? | ☐ Yes ☐ No |
| Is there a minimum mandatory penalty? | ☒ Yes ☐ No |
| If so, what is it? _Life_ | |
| Is there a mandatory revocation of driver's license or privileges for this offense or as a result of your plea? | ☐ Yes ☒ No |
| If so, what is the length of revocation? _____ years | |
| Has anyone promised you what your sentence will be? | ☐ Yes ☒ No |
| Were you on probation or parole at the time of this offense? (A guilty plea may constitute a violation.) | ☐ Yes ☐ No |
| Do you understand that a guilty plea to a felony will cause you to lose your right to vote, to be a juror, to hold public office, and other civil rights? | ☒ Yes ☐ No |
| Have you been advised that this is an offense which results in the loss of the right to own or possess a deadly weapon? | ☐ Yes ☐ No |
| Have you been advised that this is an offense which requires registration as a sex offender? | ☐ Yes ☐ No |
| Are you satisfied with your lawyer's representation of you and that your lawyer has fully advised you of your rights and of your guilty plea? | ☒ Yes ☐ No |
| Have you read and understood all the information contained in this form? | ☐ Yes ☐ No |

_____   _____   _____
Defense Counsel           Date              Defendant

Print name: _____        Print name: _____