Superior Court of the State of Delaware, _New Castle_ County

# PLEA AGREEMENT

State of Delaware v. _Gerron Lindsey_

Case No(s): _0092017767_  Cr.A.#s: _IN00-03-2091 through 2092_

- ☐ Title 11 HAB. OFFENDER _____     ☐ BOOT CAMP ELIGIBLE     ☐ INELIGIBLE
- ☐ RULE 11(e)(1)(C) — If out of guideline, reason is as follows: _____
- ☐ Title 11, §4336, sex offender notification required   ☐ Title 11, §9019(e), forensic fine  ☐ $100(F), ☐ $50(M)

**Defendant will plead guilty to:** _Guilty But Mentally Ill to:_

| Count | Cr.A.# | Charge [LIO if applicable] |
|---|---|---|
| I | IN00-03-2091 | Murder 1st Degree |

Upon the sentencing of the defendant, a **nolle prosequi** is entered on ☐ the following charges/ ☑ all remaining charges on this indictment:

| Count | Cr.A# | Charge |
|---|---|---|
| | | |

**Sentence Recommendation/Agreement:**  ☑ PSI   ☐ Immediate Sentencing

_State agrees to not seek the death penalty._

**State and Defendant agree to the following:**
- ☐ Restitution: _____
- ☐ No _____ contact w/ _____
- ☐ Other Conditions:

DAG: _Stuart E. Slout / Donald R. Roberts_  
PRINT NAME  
SIGNATURE

DEF. COUNSEL: _Anthony A. Figliola / Eileen Rush M. Bread_  
PRINT NAME  
SIGNATURE

DEFENDANT: _[signature]_

Date: _Apr. 9, 2002_

XC: Attorney for Defendant, Defendant  
Attorney General, Attorney General Worksheet

Page ___ of ___