IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE | } | |
| | } | |
| v. | } | I.D. NO. 0002019767 |
| | } | |
| GERRON LINDSEY | } | |

## NOTICE

### MOTION TO WITHDRAW PLEA

TO:    Stuart E. Sklut, Esquire          Donald R. Roberts, Esquire
       Deputy Attorney General          Deputy Attorney General
       820 N. French Street             820 N. French Street
       Wilmington, DE 19899             Wilmington, DE 19899

**PLEASE TAKE NOTICE**, the attached Motion shall be presented th the Honorable

Haile L. Alford, at the pleasure of her Honor.


Anthony A. Figliola, Jr., Esquire
Figliola & Facciolo
1813 Marsh Road
Wilmington, DE 19810
Delaware I.D. No. 957

Sheryl Rush - Milstead, Esquire
Heiman Aber Goldlust & Baker
P.O. Box 1675
Wilmington, DE 19899
Delaware I.D. No. 2216

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE         }
}
v.                  }      I.D. NO. 0002019767
}
GERRON LINDSEY        }

### MOTION TO WITHDRAW PLEA

      **NOW COMES THE DEFENDANT**, by and through his attorneys, Anthony A. Figliola,

Jr. and Sheryl Rush - Milstead and respectfully requests this Honorable Court set aside his plea

of Guilty but Mentally Ill to the charge of Murder First Degree, entered April 9, 2002.

      In support of this Motion Defendant offers the following:

      1.     Defendant at the time the Plea was entered was a patient at the Delaware State

Hospital.

      2.     Defendant was receiving Medication which effected his ability to understand what

he was doing.

      3.     As a result of the medication, Defendant was unable to appreciate his act.

      **WHEREFORE**, Defendant prays his Motion be Granted.

                      Anthony A. Figliola, Jr., Esquire
                      Figliola & Facciolo
                      1813 Marsh Road
                      Wilmington, DE  19810
                      Delaware I.D. No.  957

                      Sheryl Rush - Milstead, Esquire
                      Heiman Aber Goldlust & Baker
                      P.O. Box 1675
                      Wilmington, DE  19899
                      Delaware I.D. No. 2216

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE        }

                      }

    v.                 }     I.D. NO. 0002019767

                      }

GERRON LINDSEY        }

## ORDER

### MOTION TO WITHDRAW PLEA

    The Motion having been considered it is hereby _____

_____

_____

    **SO ORDERED** this ____ day of _____, 2002.

_____

Judge Haile L. Alford

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE | } | |
| | } | |
| v. | } | I.D. NO. 0002019767 |
| | } | |
| GERRON LINDSEY | } | |

AFFIDAVIT OF SERVICE

I, Anthony A. Figliola, Jr., am an attorney licensed to practice law by the Suprem Court of the State of Delaware. On May 3, 2002 I caused service of Defendant's Motion to be served upon the following by United States Mail. addressed as follows:

Stuart E. Sklut, Esquire  
Deputy Attorney General  
820 N. French Street  
Wilmington, DE 19899

Donald R. Roberts, Esquire  
Deputy Attorney General  
820 N. French Street  
Wilmington, DE 19899

Gerron Lindsey  
Mitchell Building  
Delaware State Hospital  
1901 N. DuPont Highway  
New Castle, DE 19720

Anthony A. Figliola, Jr., Esquire  
Delaware I.D. No. 957