

CA05-164SLR

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 3.95 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.00 |

Postmark: RODNEY SQ STA WILMINGTON DE 19801 USPS MAR 31 2005

Sent To: WARDEN TOM CARROLL
Street, Apt. No. or PO Box No.: DELAWARE CORRECTIONAL CENTER 1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

PS Form 3800, June 2002          See Reverse for Instructions

7002 2030 0003 0326 6358

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 3.95 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.00 |

Postmark: RODNEY SQ STA WILMINGTON MAR 2005 USPS

Sent To: LOREN MEYERS
Street, Apt. No. or PO Box No.: DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET WILMINGTON, DE 19801

PS Form 3800, June 2002          See Reverse for Instructions

7002 2030 0003 0326 6365

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 APR -1  AM 8:33