United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _____05-164-SLR_____

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.