**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **GERRON LINDSEY**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-164-SLR |
| | : | |
| **STATE OF DELAWARE,** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF DELAWARE,** | : | |
| **SUPERINTENDENT OF THE** | : | |
| **DEPARTMENT OF CORRECTIONS,** | : | |
| **WARDEN OF THE DELAWARE** | : | |
| **CORRECTIONAL CENTER,** | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Gerron M. Lindsey v. State of Delaware*, No. 531, 2002:

   a. appellant's opening brief;

   b. State's motion to affirm;

   c. and the Court's order dated January 7, 2003.

2. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Gerron M. Lindsey v. State of Delaware*, No. 65, 2004:

   a. appellant's opening brief and appendix;

   b. State's motion to affirm;

      c.    and the Court's order dated June 7, 2004.

/s/_____
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: May 5, 2005

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on May 5, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office. I hereby certify that on May 5, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participants, counsel for the petitioner:

> Michael J. Goodrick, Esquire
> 18 B Trolley Square
> Wilmington, DE 19806

and

> Epstein and Gilberti, LLC
> 21 East Front Street, Suite 210
> Red Bank, New Jersey 07701.

/s/_____
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: May 5, 2005