MICHAEL J. GOODRICK, ESQ.
18 B Trolley Square
Wilmington, Delaware 19806
Delaware State Bar ID No. 170
(302) 778-5360

EPSTEIN & GILBERTI, LLC
21 East Front Street, Suite 210
Red Bank, New Jersey 07701
(732) 212-0400
Attorneys for petitioner Gerron Lindsey

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GERRON LINDSEY,** | : | Docket No. Civ. Act. No. 05-164-SLR |
| Petitioner. | : | |
| v. | : | |
| **STATE OF DELAWARE, ATTORNEY GENERAL, SUPERINTENDENT OF THE DEPARTMENT OF CORRECTIONS AND THE WARDEN DELAWARE CORRECTIONAL CENTER,** | : | |
| Respondents. | : | |

CERTIFICATE OF SERVICE

I, Michael J. Goodrick, hereby certify that on this 24th day of June 2005, the foregoing Motion to File Reply to State's Answer to Petition and Petitioner's Reply to State's Answer  e-mail/online filing upon the following:

THOMAS E. BROWN, ESQUIRE
DEPTUY ATTORNEY GENERAL
DELAWARE DEPARTMENT OF JUSTICE
820 NORTH FRENCH STREET
WILMINGTON, DE 19801

```
/s/ Michael J. Goodrick
_____
Michael J. Goodrick, Esq. (#0170)
Michael J. Goodrick, P.A.
18-B Trolley Square
Wilmington, DE 19899
(302) 778-5360
Attorney for Petitioner
```