**EXHIBIT J**

## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY | § | No. 531, 2002 |
| | § | |
| v. | § | Superior Court |
| | § | |
| STATE OF DELAWARE | § | New Castle County |
| | § | |
| | § | Cr. ID No. 0002019767 |
| | § | |
| | § | Cr. A. No. IN00-08-2081R1 |
| | § | |

The following docket entry has been made in the above cause.

19. January 23, 2003.    Record and mandate to Clerk of
                         Court Below. Case Closed.


cc:  The Honorable Haile L. Alford
     Mr. Gerron Maurice Lindsey
     Loren C. Meyers, Esquire



                        Prothonotary
                        Received Above

                        By _____

                        Date _____



Date:  January 23, 2003        _Audrey F. Bacino_____
                               Audrey F. Bacino, Assistant
                               Clerk of Supreme Court

# *MANDATE*

### THE SUPREME COURT OF THE STATE OF DELAWARE

TO:  Superior Court of the State of Delaware in and for New Castle County:

**GREETINGS:**

WHEREAS, in the case of:

### *State of Delaware v. Gerron Lindsey*

### *ID No. 0002019767*

a certain judgment or order was entered on the 28th day of August 2002, to which reference is hereby made; and **WHEREAS,** by appropriate proceedings the judgment or order was duly appealed to this Court, and after consideration has been finally determined, as appears from the Order dated **January 22, 2003**, a certified copy of which is attached hereto;

**ON CONSIDERATION WHEREOF IT IS ORDERED AND ADJUDGED** that the order or judgment be and is hereby affirmed.

_Audrey F. Bacino_
Audrey F. Bacino
Assistant Clerk of the Supreme Court

Issued:  January 23, 2003

Supreme Court No. 531, 2002

STATE OF DELAWARE          }
                           } ss.
KENT COUNTY                }

I, Audrey F. Bacino, Assistant Clerk of the Supreme Court of the State of Delaware, do hereby certify that the foregoing is a true and correct copy of the Order dated January 7, 2003, in *Gerron Maurice Lindsey v. State of Delaware,* No. 531, 2002, as it remains on file and of record in said Court.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 23rd day of January A.D. 2003.

_____
Audrey F. Bacino
Assistant Clerk of Supreme Court

# EXHIBIT K

# NANCY JANE PERILLO
## ATTORNEY AT LAW

831 N. TATNALL STREET
WILMINGTON, DE 19801

302-984-3355
PHONE/FAX

June 18, 2003

Mr. Gerron Lindsay, #326202
M.H.U. Building
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: STATE OF DELAWARE v. GERRON LINDSEY

Dear Gerron:

I'm writing in response to your June 2nd letter. I'm sorry I haven't been in touch with you or Christine in quite awhile . . . I had an emergency filing in Jeff's case to which I had to give priority this month. I will call Christine this week, however, and start working on your case as soon thereafter as I can.

Sincerely yours,

Nancy Jane Perillo
Attorney at Law

**EXHIBIT L**

KEVIN J. O'CONNELL
ATTORNEY AT LAW
SUITE 200, 831 N. TATNALL STREET
WILMINGTON, DELAWARE 19801

TELEPHONE: (302) 984-3355
FACSIMILE: (302) 984-3359
e-mail: kjoc@delanet.com

February 17, 2004

Mr. Gerron Lindsey
SBI# 326202
Unit 22
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: Nan Perillo

Dear Mr. Lindsey:

I regret to inform you that Nan Perillo passed away on January 27, 2004 following complications which developed after some abdominal surgery. I have been going through some of her legal materials and noted a number of letters from you seeking representation. Obviously, you should seek other counsel to represent you on any matters you wish to pursue.

Very truly yours,

KEVIN J. O'CONNELL

KJO/rc

# EXHIBIT M

SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

—————————

AUDREY F. BACINO
*Assistant Clerk*

DEBORAH L. WEBB
*Chief Deputy Clerk*

LISA A. SEMANS
*Senior Court Clerk*

#2
SUPREME COURT BUILDING
55 THE GREEN
P.O. BOX 476
DOVER, DE 19903
—————
(302) 739-4155

February 20, 2004

Mr. Gerron M. Lindsey
SBI #00326202
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE:    *Lindsey v. State*, No. 65, 2004
       (Cr. ID No. 0002019767)

Dear Mr. Lindsey:

The Supreme Court is in receipt of your notice of appeal designating transcript received today, in the above captioned matter. The notice of appeal was not served upon the court reporter. Please take immediate steps to send a copy of your directions to the Court Reporter's Office at Superior Court, New Castle County Courthouse, 500 King Street, Wilmington, DE 19801, and file proof of service with this Court no later than **March 11, 2004.**

If you intend to request the Superior Court to provide you with the transcript at State expense, you must, by **March 11, 2004**, submit an application making that request to the Prothonotary, 500 King Street, Wilmington, DE 19801 and file a copy with this Court indicating that you have done so no later than **March 11, 2004.** If you intend to make arrangements for payment of the transcript to the court reporter's office, you must do so no later than **March 11, 2004.**

Very truly yours,

/eas

cc:    Loren C. Meyers, Esquire
       Prothonotary, New Castle County
       Kathleen Feldman, Chief Court Reporter

065 , 2004

PRO SE
(DCC-326202)

GERRON M. LINDSEY,
    Defendant Below,
    Appellant,
v.

L. C. MEYERS

STATE OF DELAWARE,
    Plantiff Below,
    Appellee.

DF $ 00.00

2004

| | | | |
|---|---|---|---|
| 1 | Feb | 20 | Notice of appeal from the Order dated 2-6-04 in the Superior Court in and for New Castle County, by Judge Johnston, in Cr. No. 0002019767, with designation of transcript. (no service shown-copy sent)(clh) |
| 2 | Feb | 20 | Letter dated 2-20-04 from Clerk to appellant, requesting him to serve the appeal upon the court reporter by 3-11-04. The appellant has to apply or pay for the transcript also by 3-11-04. (clh) |

PRO SE
(DCC-326202)

GERRON M. LINDSEY,
  Defendant Below,
  Appellant,
  v.

L. C. MEYERS

STATE OF DELAWARE,
  Plaintiff Below,
  Appellee.

DF $ 00.00

2004

| 1 | Feb 20 | Notice of appeal from the Order dated 2-6-04 in the Superior Court in and for New Castle County, by Judge Johnston, in Cr. No. 0002019767, with designation of transcript. (no service shown-copy sent)(clh) |
| 2 | Feb 20 | Letter dated 2-20-04 from Clerk to appellant, requesting him to serve the appeal upon the court reporter by 3-11-04. The appellant has to apply or pay for the transcript also by 3-11-04. (clh) |