MICHAEL J. GOODRICK, ESQ.
18 B Trolley Square
Wilmington, Delaware 19806
Delaware State Bar ID No. 170
(302) 778-5360

EPSTEIN & GILBERTI, LLC
21 East Front Street, Suite 210
Red Bank, New Jersey 07701
(732) 212-0400
Attorneys for petitioner Gerron Lindsey

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GERRON LINDSEY,** | : | Docket No. Civ. Act. No. 05-164-SLR |
| Petitioner. | : | |
| v. | : | |
| **STATE OF DELAWARE, ATTORNEY GENERAL, SUPERINTENDENT OF THE DEPARTMENT OF CORRECTIONS AND THE WARDEN DELAWARE CORRECTIONAL CENTER,** | : | **DECLARATION ON BEHALF OF PETITIONER IN REPLY TO STATE'S OPPOSITION** |
| Respondents. | : | |

CERTIFICATE OF SERVICE

      I, Michael J. Goodrick, hereby certify that on this 24th day of June 2005, the foregoing Declaration on Behalf of Petitioner in Reply to State's Opposition Judgment were e-mail/online filing upon the following:

THOMAS E. BROWN, ESQUIRE
DEPTUY ATTORNEY GENERAL
DELAWARE DEPARTMENT OF JUSTICE
820 NORTH FRENCH STREET
WILMINGTON, DE  19801

```
                              /s/ Michael J. Goodrick
                              _____

                              Michael J. Goodrick, Esq. (#0170)
                              Michael J. Goodrick, P.A.
                              18-B Trolley Square

                              Wilmington, DE 19899

                              (302) 778-5360
                              Attorney for Petitioner
```