IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GERRON LINDSEY,                )
                               )
        Petitioner,             )
                               )
v.                             )    Civil Action No. 05-164-SLR
                               )
ATTORNEY GENERAL OF THE        )
STATE OF DELAWARE,             )
WARDEN DELAWARE                )
CORRECTIONAL CENTER,           )
and SUPERINTENDENT OF          )
THE DEPARTMENT OF              )
CORRECTIONS,                   )
                               )
        Respondents.            )

**O R D E R**

At Wilmington this 14th day of July, 2005;

IT IS ORDERED that:

Petitioner's "Motion to Reply to State's Answer to Petition and Petitioner's Reply to State's Answer" is GRANTED.  (D.I. 11.)

_____
UNITED STATES DISTRICT JUDGE