IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON LINDSEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.   ) | Civ. No. 05-164-SLR |
| ) | |
| THOMAS CARROLL, ) | |
| Warden, ) | |
| and CARL C. DANBERG, ) | |
| Attorney General for ) | |
| the State of Delaware, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

At Wilmington, this 24th day of March, 2006, consistent with the Memorandum Opinion issued this same date;  IT IS HEREBY ORDERED that:

1. Petitioner Gerron Lindsey's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED.  (D.I. 1)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE