MICHAEL J. GOODRICK, ESQ.
18 B Trolley Square
Wilmington, Delaware 19806
Delaware State Bar ID No. 170
(302) 778-5360

EPSTEIN & GILBERTI, LLC
21 East Front Street, Suite 210
Red Bank, New Jersey 07701
(732) 212-0400
Attorneys for petitioner Gerron Lindsey

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_____

| | | |
|---|---|---|
| **GERRON LINDSEY,** | : | Docket No. Civ. Act. No. 05-164-SLR |
| | : | |
| Petitioner. | : | |
| | : | |
| v. | : | |
| | : | |
| **STATE OF DELAWARE,** | : | |
| **ATTORNEY GENERAL,** | : | |
| **SUPERINTENDENT OF THE** | : | |
| **DEPARTMENT OF CORRECTIONS** | : | **DECLARATION ON BEHALF OF** |
| **AND THE WARDEN DELAWARE** | : | **PETITIONER IN REPLY TO** |
| **CORRECTIONAL CENTER,** | : | **STATE'S OPPOSITION** |
| | : | |
| Respondents. | : | |

_____

## CERTIFICATE OF SERVICE

I, Michael J. Goodrick, hereby certify that on this 28th day of April, 2006 the foregoing Motion to Extend Time To File Notice of Appeal was served via online filing upon the following:

THOMAS E. BROWN, ESQUIRE
DEPTUY ATTORNEY GENERAL
DELAWARE DEPARTMENT OF JUSTICE
820 NORTH FRENCH STREET
WILMINGTON, DE  19801

**MICHAEL J. GOODRICK, P.A.**

/s/ Michael J. Goodrick

Michael J. Goodrick, Esq. (#0170)
18-B Trolley Square
Wilmington, DE 19899
(302) 778-5360
Attorney for Petitioner