MICHAEL J. GOODRICK, ESQ.
18 B Trolley Square
Wilmington, Delaware 19806
Delaware State Bar ID No. 170
(302) 778-5360

EPSTEIN & GILBERTI, LLC
21 East Front Street, Suite 210
Red Bank, New Jersey 07701
(732) 212-0400
Attorneys for petitioner Gerron Lindsey

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_____
                                        :
**GERRON LINDSEY,**                     :     Docket No. Civ. Act. No. 05-164-SLR
                                        :
        Petitioner.              :
                                        :
   v.                              :
                                        :
                                        :
**STATE OF DELAWARE**,                  :
**ATTORNEY GENERAL,**                   :
**SUPERINTENDENT OF THE**               :
**DEPARTMENT OF CORRECTIONS**           :     **DECLARATION ON BEHALF OF**
**AND THE WARDEN DELAWARE**             :     **PETITIONER IN REPLY TO**
**CORRECTIONAL CENTER,**                :     **STATE'S OPPOSITION**
                                        :
        Respondents.             :
_____:

<u>**CERTIFICATE OF SERVICE**</u>

       I, Michael J. Goodrick, hereby certify that on this 28th day of April, 2006 the foregoing Affidavit was served online filing upon the following:

THOMAS E. BROWN, ESQUIRE
DEPTUY ATTORNEY GENERAL

DELAWARE DEPARTMENT OF JUSTICE
820 NORTH FRENCH STREET
WILMINGTON, DE  19801

**MICHAEL J. GOODRICK, P.A.**

<u>/s/ Michael J. Goodrick</u>

Michael J. Goodrick, Esq. (#0170)
18-B Trolley Square
Wilmington, DE 19899
(302) 778-5360
Attorney for Petitioner