MICHAEL J. GOODRICK, ESQ.
18 B Trolley Square
Wilmington, Delaware 19806
Delaware State Bar ID No. 170
(302) 778-5360

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_____
                                          :
**GERRON LINDSEY,**                       :   Docket No. Civ. Act. No. 05-164-SLR
                                          :
        Petitioner.                :
                                          :
   v.                                 :
                                          :
                                          :
**STATE OF DELAWARE**, *et al.*,          :   **NOTICE OF APPEAL**
                                          :
        Respondents.               :
_____:

    Notice is hereby given that petitioner Gerron Lindsay hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this case on March 24, 2006.

    .        Respectfully submitted,

        **MICHAEL J. GOODRICK, P.A.**

    By:  /s/ Michael J. Goodrick
        Michael J. Goodrick (#170)
        18-B Trolley Square
        Wilmington, DE 19806
        (302) 778-5360
        Attorney for Petitioner Gerron Lindsey

Dated: April 28, 2006