MICHAEL J. GOODRICK, ESQ.
18 B Trolley Square
Wilmington, Delaware 19806
Delaware State Bar ID No. 170
(302) 778-5360

EPSTEIN & GILBERTI, LLC
21 East Front Street, Suite 210
Red Bank, New Jersey 07701
(732) 212-0400
Attorneys for petitioner Gerron Lindsey

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_____
                                          :
**GERRON LINDSEY,**                       :    Docket No. Civ. Act. No. 05-164-SLR
                                          :
           Petitioner.        :
                                          :
   v.                                 :
                                          :
**STATE OF DELAWARE**,                    :
**ATTORNEY GENERAL,**                     :
**SUPERINTENDENT OF THE**                 :
**DEPARTMENT OF CORRECTIONS**             :    **DECLARATION ON BEHALF OF**
**AND THE WARDEN DELAWARE**               :    **PETITIONER IN REPLY TO**
**CORRECTIONAL   CENTER,**                :    **STATE'S OPPOSITION**
                                          :
           Respondents.       :
_____:


## CERTIFICATE OF SERVICE

        I, Michael J. Goodrick, hereby certify that on this 28th day of April, 2006 the foregoing Notice of Appeal was served  via online filing upon the following:

THOMAS E. BROWN, ESQUIRE
DEPTUY ATTORNEY GENERAL

DELAWARE DEPARTMENT OF JUSTICE  
820 NORTH FRENCH STREET  
WILMINGTON, DE  19801

**MICHAEL J. GOODRICK, P.A.**

/s/ Michael J. Goodrick

Michael J. Goodrick, Esq. (#0170)  
18-B Trolley Square  
Wilmington, DE 19899  
(302) 778-5360  
Attorney for Petitioner