MICHAEL J. GOODRICK, ESQ.
18 B Trolley Square
Wilmington, Delaware 19806
Delaware State Bar ID No. 170
(302) 778-5360

EPSTEIN & GILBERTI, LLC
21 East Front Street, Suite 210
Red Bank, New Jersey 07701
(732) 212-0400
Attorneys for petitioner Gerron Lindsey

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_____
                                    :
**GERRON LINDSEY,**                 :   Docket No. Civ. Act. No. 05-164-SLR
                                    :
          Petitioner.               :
                                    :
     v.                             :
                                    :
                                    :
**STATE OF DELAWARE**,              :
**ATTORNEY GENERAL,**               :
**SUPERINTENDENT OF THE**           :
**DEPARTMENT OF CORRECTIONS**       :   **DECLARATION ON BEHALF OF**
**AND THE WARDEN DELAWARE**         :   **PETITIONER IN REPLY TO**
**CORRECTIONAL   CENTER,**          :   **STATE'S OPPOSITION**
                                    :
          Respondents.              :
_____ :

## CERTIFICATE OF SERVICE

       I, Michael J. Goodrick, hereby certify that on this 28th day of April, 2006 the foregoing Order was served via online filing upon the following:

THOMAS E. BROWN, ESQUIRE
DEPTUY ATTORNEY GENERAL

DELAWARE DEPARTMENT OF JUSTICE
820 NORTH FRENCH STREET
WILMINGTON, DE  19801

**MICHAEL J. GOODRICK, P.A.**

<u>/s/ Michael J. Goodrick</u>

Michael J. Goodrick, Esq. (#0170)
18-B Trolley Square
Wilmington, DE 19899
(302) 778-5360
Attorney for Petitioner