MICHAEL J. GOODRICK, ESQ.
18 B Trolley Square
Wilmington, Delaware 19806
Delaware State Bar ID No. 170
(302) 778-5360

EPSTEIN & GILBERTI, LLC
21 East Front Street, Suite 210
Red Bank, New Jersey 07701
(732) 212-0400
Attorneys for petitioner Gerron Lindsey

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **GERRON LINDSEY,** | Docket No. Civ. Act. No. 05-164-SLR |
| Petitioner. | |
| v. | |
| **STATE OF DELAWARE,** *et al.*, | **ORDER** |
| Respondents. | |

This matter having been brought before the Court on behalf of petitioner Gerron Lindsey on a motion to extend the time to file a notice of appeal under Fed. R. App. 4(a)(5)(A)(ii); and and the Court having reviewed all relevant papers; and this motion having been filed within 30 days of the expiration of time prescribed, and there appearing excusable neglect in filing the notice of appeal, and good cause being shown,

IT IS on the 3d day of May, 2006,

ORDERED that petitioner's motion is granted, the time for filing his notice of appeal is extended and the notice of appeal attached to the moving papers shall be deemed filed on the date of this Order.

*[signature]*
UNITED STATES DISTRICT JUDGE