# EPSTEIN & GILBERTI
A LIMITED LIABILITY COMPANY

COUNSELORS AT LAW

SUITE 210
TWENTY-ONE EAST FRONT STREET
RED BANK, NEW JERSEY 07701

MICHAEL V. GILBERTI*
DAVID M. EPSTEIN
SANDRA L. COHEN

T: (732) 212-0400
F: (732) 212-8408
E: ATTORNEY@EG-LAW.COM

* CERTIFIED BY THE SUPREME COURT OF NEW JERSEY
  AS A CRIMINAL TRIAL ATTORNEY

FILE NO.:

May 9, 2006

**VIA OVERNIGHT MAIL**
Clerk, United States Court of Appeals
For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

   Re:   **Gerron Lindsey v. State of Delaware; Docket No. 06-2498**
         **D.C. No. 05-cv-00164**

Dear Sir or Madam:

   I represent Appellant Gerron Lindsey in connection with the above-captioned appeal. In accordance with your May 3, 2006 case informational letter, enclosed are the following documents:

   1. Appearance Form;
   2. Civil Appeal Information Statement (original and one copy);
   3. Transcript Purchase Order form indicating that no transcripts will be ordered.

   Thank you for your assistance in this matter. If you require any further information, please let me know.

                                             Respectfully,

                                             Michael V. Gilberti

MVG:pe
Enclosures
Cc:  Thomas E. Brown, Esq., Department of Justice w/enc.
     U.S. District Court of Delaware w/enc.

EPSTEIN & GILBERTI
A LIMITED LIABILITY COMPANY
COUNSELORS AT LAW

SUITE 210
TWENTY-ONE EAST FRONT STREET
RED BANK, NEW JERSEY 07701

KILMER P&DC NJ 088
10 MAY 2006 PM 4 L

Clerk, United States District Court
District of Delaware
844 North King Street
Lockbox 18
Wilmington, Delaware 19801