UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-2498

Gerron Lindsey  vs.  State of Delaware, et al.

The Clerk will enter my appearance as Counsel of Record for (please list names of all parties represented, using additional sheet(s) if needed):

Gerron Lindsey

who IN THIS COURT is (please check only one):

\_\_\_\_\_ Petitioner(s)   \_\_x\_\_ Appellant(s)   \_\_\_\_\_ Intervenor(s)

\_\_\_\_\_ Respondent(s)   \_\_\_\_\_ Appellee(s)   \_\_\_\_\_ Amicus Curiae

(Type or Print) Name  Michael V. Gilberti

(Mr.)   Ms.   Mrs.   Miss

Firm  Epstein & Gilberti, LLC

Address  21 East Front Street, Suite 210

City & State  Red Bank, NJ 07701

Zip Code  07701

Phone (732) 212-0400

Fax (732) 212-8408

PLEASE TYPE E-Mail Address  gilberti@eg-law.com

SIGNATURE OF COUNSEL: [signature]

FILED MAY 12 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

---

ONLY COUNSEL OF RECORD SHALL ENTER AN APPEARANCE AND ONLY THAT ATTORNEY WILL BE THE ONE NOTIFIED OF THE COURT'S ACTION IN THIS CASE. OTHER ATTORNEYS WHO DESIRE NOTIFICATION SHOULD MAKE APPROPRIATE ARRANGEMENTS WITH COUNSEL OF RECORD.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

REV. 08/15/01