**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

CIVIL INFORMATION STATEMENT

Please type.                    Attach additional pages if necessary.

**COUNSEL FOR APPELLANT: This statement is due to be filed with the Clerk of the Court of Appeals not later than 10 days from the docketing of the notice of appeal. COUNSEL FOR APPELLEE: If any information in appellant's statement is incorrect, counsel for appellee is directed to file a copy of this statement not later than 7 days after service.**

| SHORT CAPTION WITH IDENTITY OF APPELLANT | APPEAL FROM DISTRICT COURT |
|---|---|
| Lindsey v. State of Delaware, et al.<br>Gerron Lindsey, Appellant | District: Delaware<br>D.C. Docket No.: 05-cv-00164<br>Date filed in D.C.: 2/22/05<br>Date NOA filed: 5/3/06 |

### NAME AND ADDRESS OF COUNSEL ON APPEAL

| Name of Counsel | Address | Telephone No. (incl. FAX #, if any) |
|---|---|---|
| Michael V. Gilberti<br>Epstein & Gilberti, LLC<br>For Appellant(s): | 21 East Front St.<br>Suite 210<br>Red Bank, NJ 07701 | 732-212-0400<br>732-212-8408--Fax |
| *For Appellee(s): | Thomas E. Brown, Esquire<br>Department of Justice<br>820 North French Street<br>Carvel Office Building<br>Wilmington, DE 19801 | FILED<br>MAY 12 2006<br>U.S. [...] COURT<br>DISTRICT OF DELAWARE |

*LIST ONLY THE NAMES OF PARTIES WHO WILL OPPOSE YOU ON APPEAL, TOGETHER WITH THE NAMES AND ADDRESSES OF THEIR ATTORNEYS

Is this a Cross-Appeal?   Yes [ ]      No [X]

Was there a previous appeal in case?   Yes [ ]   No [X]

If yes, Short Title: _____
Docket No.: _____

Citation, if reported: _____

See p. 2.